```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Mark David Crawford (mcrawford@mdc-law.com), Laurin H. Mills
(laurin@samek-law.com, roussy@samek-law.com), Douglas E. McKinley
(doug1803@verizon.net), Alexander McDonald Laughlin (alex.laughlin@ofplaw.com,
marse.hammond@ofplaw.com), Tracey M. Ohm (marc.albert@stinson.com,
porsche.barnes@stinson.com, tracey.ohm@stinson.com), Christopher Allan Glaser
(cglaser@jackscamp.com, iluaces@jackscamp.com, statum@jackscamp.com), William B.
Porter (agabler@bklawva.com, imcelhaney@bklawva.com, jkeith@bklawva.com,
wporter@bklawva.com), Judge Dabney L. Friedrich (andrew_skaras@dcd.uscourts.gov,
avery_rasmussen@dcd.uscourts.gov, cody_poplin@dcd.uscourts.gov,
dabney_l._friedrich@dcd.uscourts.gov, dlf_dcdecf@dcd.uscourts.gov,
jason_ethridge@dcd.uscourts.gov, jonathan_hopkins@dcd.uscourts.gov,
julia_fine@dcd.uscourts.gov, thomas_hopson@dcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7843521@dcd.uscourts.gov>
Subject:Activity in Case 1:22-cv-02119-DLF GARCIA v. RUBIN GROUP LLC et al Order
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Columbia**

### Notice of Electronic Filing

The following transaction was entered on 7/28/2022 at 11:45 AM and filed on 7/28/2022
**Case Name:**       GARCIA v. RUBIN GROUP LLC et al
**Case Number:**     [1:22-cv-02119-DLF](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. Defendant 819D LLC is a debtor in a bankruptcy case in this District, No. 22-00101-ELG. Plaintiff's claims are related to that bankruptcy case, and thus this action should be referred to the bankruptcy judge of this District pursuant to DCt.LBR 5011-1 and 28 U.S.C. � 157(a). Accordingly, it is hereby ORDERED that the Clerk of Court shall refer this civil action to the bankruptcy court. So Ordered by Judge Dabney L. Friedrich on July 28, 2022. (lcdfl2)**

**1:22-cv-02119-DLF Notice has been electronically mailed to:**

Laurin H. Mills     laurin@samek-law.com, Roussy@samek-law.com

Mark David Crawford     mcrawford@mdc-law.com

Christopher Allan Glaser     cglaser@jackscamp.com, iluaces@jackscamp.com, statum@jackscamp.com

Douglas E. McKinley     doug1803@verizon.net

Alexander McDonald Laughlin     alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Tracey M. Ohm     tracey.ohm@stinson.com, marc.albert@stinson.com, porsche.barnes@stinson.com

William B. Porter     wporter@bklawva.com, agabler@bklawva.com, imcelhaney@bklawva.com, jkeith@bklawva.com

**1:22-cv-02119-DLF Notice will be delivered by other means to::**

CHRISTOS ECONOMAKIS
5058 Joewood Drive
Sanibel, FL 33957

LILIANA ECONOMAKIS
5058 Joewood Drive
Sanibel, FL 33957