TRANSFER–OUT,TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22–cv–02119–DLF
### *Internal Use Only*

GARCIA v. RUBIN GROUP LLC et al
Assigned to: Judge Dabney L. Friedrich
Demand: $6,106,000
Case in other court:  Virginia Eastern, 1:22–cv–00698
Cause: 28:1452 R&R re motions to remand (non–core)

Date Filed: 07/14/2022
Jury Demand: None
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

**Plaintiff**

**KARL GARCIA**   represented by   **Tracey M. Ohm**
STINSON LEONARD STREET, LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 728–3008
Fax: (202) 572–9948
Email: tracey.ohm@stinson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RUBIN GROUP LLC**   represented by   **Laurin H. Mills**
SAMEK WERTHER & MILLS LLC
2000 Tower Oaks Boulevard
Suite 200
Rockville, MD 20852
(703) 547–4693
Fax: 240–912–3030
Email: laurin@samek–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**819D LLC**   represented by   **Laurin H. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark David Crawford**
LAW OFFICES OF MARK D.
CRAWFORD, PLLC
1005 North Glebe Road
Suite 210
Arlington, VA 22201
202–256–1244
Email: mcrawford@mdc–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**819 CAPITAL LLC**   represented by   **Laurin H. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**K STREET HOLDINGS LLC**                represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**TR HOLDINGS LLC**                      represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**2233–40TH PARTNERS LLC**               represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**SOUTH GLEBE LLC**                      represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**WOODMORE PARTNERS LLC**                represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**TRG DEVELOPMENT LLC**                  represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**638 NEWTON PARTNERS LLC**              represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**ANDREW RUBIN**                         represented by    **Christopher Allan Glaser**
                                                           JACKSON & CAMPBELL, P.C.
                                                           2300 N Street, NW
                                                           Suite 300
                                                           DC, DC 20037
                                                           202–457–1600
                                                           Email: cglaser@jackscamp.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**MICHELLE A. TYGIER**                   represented by    **Laurin H. Mills**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT RUBIN**                                  represented by **Laurin H. Mills**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**CANAL VIEW HOLDINGS LLC**                       represented by **Christopher Allan Glaser**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**GREGORY AUGER II**                              represented by **Alexander McDonald Laughlin**
                                                 ODIN, FELDMAN & PITTLEMAN, P.C.
                                                 1775 Wiehle Avenue
                                                 Suite 400
                                                 Reston, VA 20190
                                                 (703) 218–2134
                                                 Fax: (703) 218–2160
                                                 Email: alex.laughlin@ofplaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**GREGORY AUGER III**                             represented by **Alexander McDonald Laughlin**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTOS ECONOMAKIS**                           represented by **CHRISTOS ECONOMAKIS**
                                                 5058 Joewood Drive
                                                 Sanibel, FL 33957
                                                 PRO SE

**Defendant**

**LILIANA ECONOMAKIS**                            represented by **LILIANA ECONOMAKIS**
                                                 5058 Joewood Drive
                                                 Sanibel, FL 33957
                                                 PRO SE

**Defendant**

**THOMAS D. MADISON**                             represented by **Douglas E. McKinley**
                                                 P O BOX 7395
                                                 Alexandria, VA 22307
                                                 703–249–2873
                                                 Fax: 202–591–1564
                                                 Email: doug1803@verizon.net
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFREY HOULE**                                 represented by **William B. Porter**
                                                 BLANKINGSHIP & KEITH P.C.
                                                 4020 University Drive
                                                 Suite 300
                                                 Fairfax, VA 22030
                                                 (703) 293–7236
                                                 Fax: (703) 691–3913

Email: wporter@bklawva.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2022 | 1 | Notice of Removal ( Filing fee $ 402, receipt number AVAEDC−8441607.), filed by 819D LLC. (Attachments: # 1 Exhibit A−1 − Fairfax Circuit Court Pleadings, # 2 Exhibit A−2 − Fairfax Circuit Court Pleadings, # 3 Civil Cover Sheet)(Burgers, Kristen) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/22/2022) |
| 06/22/2022 | | Initial Case Assignment to District Judge Leonie M. Brinkema and Magistrate Judge John F. Anderson. (kgall) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/22/2022) |
| 06/22/2022 | | (Court only) JURY and PRO SE flag set. (kgall) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/22/2022) |
| 06/29/2022 | 2 | MOTION to Dismiss for Failure to State a Claim by 2233−40th Partners LLC, 638 Newton Partners LLC, 819 Capital LLC, K Street Holdings LLC, Robert Rubin, South Glebe LLC, TR Holdings LLC, TRG Development LLC, The Rubin Group LLC, Michelle A. Tygier, Woodmore Partners LLC. (Attachments: # 1 Proposed Order)(Mills, Laurin) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 3 | Memorandum in Support re 2 MOTION to Dismiss for Failure to State a Claim filed by 2233−40th Partners LLC, 638 Newton Partners LLC, 819 Capital LLC, K Street Holdings LLC, Robert Rubin, South Glebe LLC, TR Holdings LLC, TRG Development LLC, The Rubin Group LLC, Michelle A. Tygier, Woodmore Partners LLC. (Attachments: # 1 Exhibit A − 2020.07.29 ORDER re MTD)(Mills, Laurin) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 4 | Waiver of re 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, by 2233−40th Partners LLC, 638 Newton Partners LLC, 819 Capital LLC, K Street Holdings LLC, Robert Rubin, South Glebe LLC, TR Holdings LLC, TRG Development LLC, The Rubin Group LLC, Michelle A. Tygier, Woodmore Partners LLC (Mills, Laurin) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 5 | MOTION to Dismiss by Canal View Holdings LLC, Andrew Rubin. (Attachments: # 1 Proposed Order)(Glaser, Christopher) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 6 | NOTICE by Canal View Holdings LLC, Andrew Rubin *Rule 7.1 Disclosure* (Glaser, Christopher) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 7 | MOTION to Dismiss for Failure to State a Claim by Jeffrey Houle. (Attachments: # 1 Proposed Order)(Keith, John) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 8 | Memorandum in Support re 7 MOTION to Dismiss for Failure to State a Claim filed by Jeffrey Houle. (Keith, John) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 9 | MOTION to Change Venue */ Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia* by 819D LLC. (Burgers, Kristen) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| 06/29/2022 | 10 | Memorandum in Support re 9 MOTION to Change Venue */ Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia* filed by 819D LLC. (Attachments: # 1 Exhibit A, Part 1 − Amended Complaint (DC Superior Court), # 2 Exhibit A, Part 2 − Amended Complaint (DC Superior Court), # 3 Exhibit B − Arbitration Order, # 4 Exhibit C − Third Amended Complaint (Fairfax County Circuit Court), # 5 Exhibit D − Excerpt, Complaint (Fairfax County Circuit Court), paragraph 1, # 6 Exhibit E − Excerpt, Amended Complaint (Fairfax County Circuit Court), paragraph 1 −, # 7 Exhibit F − Excerpt, Second Amended Complaint (Fairfax County Circuit Court), paragraph 1, # 8 Exhibit G − Motion to Stay Case)(Burgers, Kristen) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |

| 06/29/2022 | 11 | Notice of Hearing Date set for 10:00 a.m. on July 22, 2022 re 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia*, 10 Memorandum in Support,,, (Burgers, Kristen) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/29/2022) |
| --- | --- | --- |
| 06/29/2022 |  | Set Deadlines as to 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia*. Motion Hearing set for 7/22/2022 at 10:00 AM in Alexandria Courtroom 700 before District Judge Leonie M. Brinkema. (clar, ) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 06/30/2022) |
| 07/01/2022 | 12 | RESPONSE in Support re 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia The 11 Defendants' Consent to Removal of State Court Action and to Transfer of Venue* filed by 2233–40th Partners LLC, 638 Newton Partners LLC, 819 Capital LLC, Robert Rubin, South Glebe LLC, TR Holdings LLC, TRG Development LLC, The Rubin Group LLC, Michelle A. Tygier, Woodmore Partners LLC. (Mills, Laurin) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/01/2022) |
| 07/01/2022 | 13 | NOTICE of Appearance by Ian Joseph McElhaney on behalf of Jeffrey Houle (McElhaney, Ian) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/01/2022) |
| 07/01/2022 | 14 | RESPONSE in Support re 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia and Consent to Notice of Removal* filed by Jeffrey Houle. (McElhaney, Ian) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/01/2022) |
| 07/02/2022 | 15 | NOTICE by Thomas D. Madison (McKinley, Douglas) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/02/2022) |
| 07/05/2022 | 16 | Response to 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia* filed by Canal View Holdings LLC, Andrew Rubin. (Glaser, Christopher) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/05/2022) |
| 07/06/2022 | 17 | RESPONSE in Support re 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia* filed by Gregory Auger II. (Laughlin, Alexander) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/06/2022) |
| 07/06/2022 | 18 | RESPONSE in Support re 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia* filed by Gregory Auger III. (Laughlin, Alexander) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/06/2022) |
| 07/06/2022 | 19 | NOTICE by Karl Garcia re 1 Notice of Removal, *Fed. R. Bankr. P. 9027(e)(3) Statement* (Ohm, Tracey) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/06/2022) |
| 07/08/2022 | 20 | NOTICE of Appearance by Tracey Michelle Ohm on behalf of Karl Garcia (Ohm, Tracey) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/08/2022) |
| 07/08/2022 | 21 | NOTICE of Appearance by Marc Elliott Albert on behalf of Karl Garcia (Albert, Marc) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/08/2022) |
| 07/13/2022 | 22 | RESPONSE to Motion re 9 MOTION to Change Venue / *Motion of Defendant 819D LLC to Transfer Venue to the U.S. District Court for the District of Columbia* filed by Karl Garcia. (Ohm, Tracey) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/13/2022) |
| 07/13/2022 | 23 | Opposition to 7 MOTION to Dismiss for Failure to State a Claim , 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, 5 MOTION to Dismiss , 8 Memorandum in Support filed by Karl Garcia. (Benes, Bethany) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/13/2022) |
| 07/13/2022 | 24 | MOTION to Strike 7 MOTION to Dismiss for Failure to State a Claim , 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, 5 MOTION to Dismiss , 8 Memorandum in Support by Karl Garcia. (Ohm, Tracey) [Transferred from |

| | | |
|---|---|---|
| | | Virginia Eastern on 7/20/2022.] (Entered: 07/13/2022) |
| 07/13/2022 | 25 | Memorandum in Support re 24 MOTION to Strike 7 MOTION to Dismiss for Failure to State a Claim , 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, 5 MOTION to Dismiss , 8 Memorandum in Support filed by Karl Garcia. (Ohm, Tracey) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/13/2022) |
| 07/13/2022 | 26 | ORDERED that this civil action be and is TRANSFERRED to the United States District Court for the District of Columbia; and it is further ORDERED that the hearing currently scheduled for July 22, 2022, be and is CANCELLED. Signed by District Judge Leonie M. Brinkema on 07/13/2022. (nlop, c/m to pro se defendants) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/14/2022) |
| 07/13/2022 | | Case transferred to District of District of Columbia. (nlop, ) [Transferred from Virginia Eastern on 7/20/2022.] (Entered: 07/14/2022) |
| 07/20/2022 | 27 | Case transferred in from District of Virginia Eastern; Case Number 1:22–cv–00698. Original file ,transfer order and docket sheet received. (Entered: 07/20/2022) |
| 07/22/2022 | 28 | MOTION to Remand to State Court *and/or* MOTION to Abstain by KARL GARCIA. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Text of Proposed Order)(Ohm, Tracey). Added MOTION on 7/25/2022 (zed). (Entered: 07/22/2022) |
| 07/26/2022 | 29 | REPLY to opposition to motion *Eleven Defendants' Reply to Plaintiff's Opposition to Their Motion to Dismiss* RE 7 MOTION to Dismiss for Failure to State a Claim filed by 2233–40TH PARTNERS LLC, 638 NEWTON PARTNERS LLC, 819D LLC, K STREET HOLDINGS LLC, ROBERT RUBIN, RUBIN GROUP LLC, SOUTH GLEBE LLC, TR HOLDINGS LLC, TRG DEVELOPMENT LLC, MICHELLE A. TYGIER, WOODMORE PARTNERS LLC. (Mills, Laurin) Modified on 7/27/2022 to add docket relationship (zed). (Entered: 07/26/2022) |
| 07/27/2022 | 30 | Memorandum in opposition to re 24 MOTION to Strike 7 MOTION to Dismiss for Failure to State a Claim , 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, 5 MOTION to Dismiss , 8 Memorandum in Support filed by CANAL VIEW HOLDINGS LLC, ANDREW RUBIN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order)(Glaser, Christopher) (Entered: 07/27/2022) |
| 07/27/2022 | 31 | Memorandum in opposition to re 24 MOTION to Strike 7 MOTION to Dismiss for Failure to State a Claim , 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, 5 MOTION to Dismiss , 8 Memorandum in Support filed by JEFFREY HOULE. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Porter, William) (Entered: 07/27/2022) |
| 07/27/2022 | 32 | RESPONSE re 24 MOTION to Strike 7 MOTION to Dismiss for Failure to State a Claim , 2 MOTION to Dismiss for Failure to State a Claim , 3 Memorandum in Support, 5 MOTION to Dismiss , 8 Memorandum in Support filed by 2233–40TH PARTNERS LLC, 638 NEWTON PARTNERS LLC, 819 CAPITAL LLC, K STREET HOLDINGS LLC, ROBERT RUBIN, RUBIN GROUP LLC, SOUTH GLEBE LLC, TR HOLDINGS LLC, TRG DEVELOPMENT LLC, MICHELLE A. TYGIER, WOODMORE PARTNERS LLC. (Attachments: # 1 Exhibit 1 – Def's Opposition to Pltf's Motion to Strike Plea in Bar)(Mills, Laurin) (Entered: 07/27/2022) |
| 07/28/2022 | | MINUTE ORDER. Defendant 819D LLC is a debtor in a bankruptcy case in this District, No. 22–00101–ELG. Plaintiff's claims are related to that bankruptcy case, and thus this action should be referred to the bankruptcy judge of this District pursuant to DCt.LBR 5011–1 and 28 U.S.C. § 157(a). Accordingly, it is hereby ORDERED that the Clerk of Court shall refer this civil action to the bankruptcy court. So Ordered by Judge Dabney L. Friedrich on July 28, 2022. (lcdfl2) (Entered: 07/28/2022) |
| 07/28/2022 | 33 | Case referred to the U.S. Bankruptcy Court of the District of Columbia pursuant to Minute Order. (zed) (Entered: 07/28/2022) |