The order below is hereby signed.

Signed: June 6 2023



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 22-00101-ELG** |
| **819D, LLC,**<br>        **Debtor.** | **Chapter 7** |
| **Karl Garcia,**<br>        **Plaintiff,**<br><br>        **v.**<br><br>**The Rubin Group, et al.**<br>        **Defendants.** | **Adv. Pro. 22-10009-ELG** |
| **Karl Garcia,**<br>        **Plaintiff,**<br><br>        **v.**<br><br>**819D, et al.**<br>        **Defendants.** | **Adv. Pro. 22-10010-ELG** |
| **Sanctuary Condominium Unit**<br>**Owners Association,**<br>        **Plaintiff,** | **Adv. Pro. 22-10012-ELG** |

|  |  |
|---|---|
| **v.**<br><br>**819D, LLC, et al.**<br>       **Defendants.** |  |

|  |  |
|---|---|
| **Andrew Rubin,**<br>**Canal View Holdings LLC,**<br>       **Plaintiffs,**<br><br>**Michelle Tygier,**<br>       **Third Party Plaintiff,**<br><br>**v.**<br><br>**Bryan Ross, Chapter 7 Trustee**<br>       **Defendant.** | **Adv. Pro. 23-10009-ELG** |

## FURTHER SCHEDULING ORDER

On May 11, 2023, the Court issued a *Scheduling Order* (the "Scheduling Order") in the above-captioned cases setting a hearing on June 7, 2023 in certain matters. Pursuant to the Scheduling Order parties had until May 31, 2023 to file a motion to continue any hearing, with responses due on or before June 5, 2023. In the Scheduling Order, the Court further modified its Local Rules and provided that no continuances or extensions of time to any deadline or hearing set forth therein would be granted absent a written motion and further order of the Court. Scheduling Order at 6.

A number of timely motions to continue or documents the Court will treat as a motion to continue, were filed (together, the "Motions to Continue").[1] In light of the Motions to Continue, the responses thereto, and upon a review of the docket, the Court hereby:

---

[1] *Karl Garcia's Mot. Continue Hr'g Date as to Certain Pending Mots.*, *In re 819D LLC*, Case No. 22-00101-ELG (Bankr. D.D.C. June 19, 2022), ECF No. 148 ; *Tygier Parties' Resp. Limited Consent to Karl Garcia's Mot. Continue*

2

1)      Grants in part and denies in part the Motions to Continue. The following hearings

will remain on the June 7, 2023 11:00 a.m. docket:

  a. The *Motion to Compel Turnover of Debtor's Client Files* (Main Case ECF No.

     129), and related pleadings.

  b. The *Motion of Karl Garcia to Dismiss Case* (Main Case ECF No. 41) and related

     pleadings shall be heard solely for the Court to consider the *Withdrawal of Motion*

     *of Karl Garcia to Dismiss Case* filed by Karl Garcia (Main Case ECF No. 147) as

     the underlying motion cannot be withdrawn without consent of all objecting parties

     or a hearing thereon.

  c. The relief requested in *Karl Garcia's Motion to Continue Hearing Date as to*

     *Certain Pending Motions* (Main Case ECF No. 148) as to *Karl Garcia's Motion (I)*

     *to Abstain and/or Remand and (II) for Relief from the Automatic Stay (D.C.*

     *Superior Court Case 2020 CA 002540B and Related Appeal* and related pleadings

     (the "Garcia DC MFR") and the response thereto (Main Case ECF No. 149). The

     hearing on the *Motion of 819D, LLC for Order (a) Lifting the Automatic Stay as to*

     *Karl Garcia's Appeal of Order Compelling Arbitration and as to the Arbitration of*

     *Karl Garcia's Claims in Adversary Proceeding No. 22-10010-ELG, and (B)*

     *Directing Commencement of the Arbitration Forthwith* (Main Case ECF No. 88),

---

*Hr'g Date as to Certain Pending Mots.*, *In re 819D LLC*, Case No. 22-00101-ELG (Bankr. D.D.C. June 19, 2022),
ECF No. 149; *Notice of Continued Hr'g and Opportunity to Object to to [sic] Mot. to Approve Settlement and Sell*
*Related Causes of Actions.*, *In re 819D LLC*, Case No. 22-00101-ELG (Bankr. D.D.C. June 19, 2022), ECF No. 143;
*Karl Garcia's Mot. Continue Hr'g Date as to Certain Pending Mots.*, *Garcia v. The Rubin Group (In re 819D LLC)*,
Adv. Pro. No. 22-10009-ELG (Bankr. D.D.C. July. 29, 2022), ECF No. 57; *Am. Notice of Hr'g on Mot. Partial Summ.*
*J.*, *Garcia v. The Rubin Group (In re 819D LLC)*, Adv. Pro. No. 22-10009-ELG (Bankr. D.D.C. July. 29, 2022), ECF
No. 56; *Suppl. to Mot. for Partial Summ. J.*, *Garcia v. The Rubin Group (In re 819D LLC)*, Adv. Pro. No. 22-10009-
ELG (Bankr. D.D.C. July. 29, 2022), ECF No. 58; *Garcia's Mot. Continue Hr'g Date as to Certain Pending Mots.*,
*Garcia v. 819D (In re 819D LLC)*, Adv. Pro. No. 22-10010-ELG (Bankr. D.D.C. July. 29, 2022), ECF No. 19.

which deals with substantially the same issues, shall be heard at the same date and time as the Garcia DC MFR.

2)      The following matters will be continued to July 6, 2023 at 9:30 a.m. In the event the hearings are not completed on July 6, 2023, they shall reconvene on July 7, 2023 at 9:30 a.m. Service of this Further Scheduling Order shall be sufficient service of such hearing:

a.  *Karl Garcia's Motion (I) to Abstain and/or Remand and (II) for Relief from the Automatic Stay (D.C. Superior Court Case 2020 CA 002540B and Related Appeal* and related pleadings (Main Case at ECF No. 93, and Adv. Pro. No. 22-10010-ELG), and related pleadings.

b.  The *Motion to Approve Settlement and Sell [sic] Related Cause [sic] of Actions* (Main Case ECF No. 131), and related pleadings.

c.  *Karl Garcia's Motion for Relief From the Automatic Stay (Circuit Court of Fairfax County – Case No. CL 2020-17040)* (Main Case ECF No. 35), and related pleadings.

d.  The *Motion to Dismiss or Abstain* (Adv. Pro. No. 23-10009, ECF No. 8), and related pleadings.

e.  *Plaintiff's Motion to Abstain and/or Remand* filed by Garcia and related pleadings (Main Case, ECF No. 33, Adv. Pro. No. 22-10009), and related pleadings.

3)      All scheduling hearings or status conferences in any of the above-captioned cases shall be continued to July 7, 2023 at 9:30 a.m.

4)      The hearings will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information. Parties should familiarize

themselves with General Order 2022-03, *Order Establishing Hybrid Hearing Protocols Before*

*Judge Gunn.*

5)      No continuances or extensions of time to any deadline or hearing set forth herein

will be granted absent a written motion and further order of the Court.

[Signed and dated above.]

Service: recipients of electronic service.