**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | Case No. 22-00101-ELG |
| **819D, LLC,** | Chapter 7 |
| Debtor. | |
| **Karl Garcia,** | Adv. Pro. 22-10009-ELG |
| Plaintiff, | |
| v. | |
| **The Rubin Group, et al.** | |
| Defendants. | |
| **Karl Garcia,** | Adv. Pro. 22-10010-ELG |
| Plaintiff, | |
| v. | |
| **819D, et al.** | |
| Defendants. | |
| **Sanctuary Condominium Unit Owners Association,** | Adv. Pro. 22-10012-ELG |
| Plaintiff, | |
| v. | |
| **819D, LLC, et al.** | |
| Defendants. | |
| **Andrew Rubin,** | Adv. Pro. 23-10009-ELG |
| v. | |
| **Bryan Ross, Chapter 7 Trustee** | |
| Defendant. | |

1

## NOTICE OF CONTINUED HEARINGS

NOTICE IS HEREBY GIVEN that all hearings scheduled for July 6, 2023 are continued to September 7 at 9:00 AM. If the hearings are not completed on September 7, 2023, the hearings will reconvene on September 8, 2023 at 11:00 a.m.
in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information) before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

        For the Court:
        Angela D. Caesar
        BY: AM
        Dated: 7/7/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.