**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) ) | Chapter 7 |
| 819D LLC, | ) ) | Case No. 22-00101-ELG |
| Debtor. | ) ) ) | **Hearing Date: Sep. 7-8, 2023**<br>**Hearing Time: 9:00 a.m.** |
| KARL GARCIA<br>*Plaintiff*, | ) ) ) ) | |
| | ) | Adv. Proc. No. 22-10009-ELG |
| v. | ) ) | Case Removed from the |
| THE RUBIN GROUP LLC, *et al.*<br>*Defendants.* | ) ) ) ) ) | Circuit Court of Fairfax County,<br>Case No. CL-2020-17040 |
| KARL GARCIA,<br>*Plaintiff*, | ) ) ) ) ) | |
| v. | ) ) | Adv. Proc. No. 22-10010-ELG |
| 819D LLC, *et al.*,<br>*Defendants.* | ) ) ) ) | Removed from the Superior Court<br>for the District of Columbia<br>Case No. 2020 CA 002540 B |

Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

Bethany R. Benes (Va. Bar No. 85408;
DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

## KARL GARCIA'S WITNESS AND EXHIBIT LISTS

Pursuant to LBR 9070-1, Karl Garcia respectfully submits the following Witness List that identifies the individuals that he may call to testify at the September 7-8, 2023 hearing in the above-captioned bankruptcy case and related adversary proceedings (the "Hearing").

Pursuant to LBR 9070-1, Mr. Garcia respectfully submits the following Exhibit List that identifies the documents and exhibits that he may offer at the Hearing.  Mr. Garcia also reserves the right to offer or otherwise use at trial (i) documents or exhibits identified on the exhibit list of the other parties; (ii) pleadings filed by the parties in the above-captioned bankruptcy case or in its related adversary proceedings; and (iii) documents, transcripts, and exhibits to be used solely for impeachment; (iv) documents, transcripts, and exhibits to be used in rebuttal; (v) additional exhibits reasonably necessary to respond to evidence introduced by any other parties; and (vi) charts, graph, timelines, enlargements, models or other demonstrative exhibits.

Mr. Garcia further reserves the right to seek judicial notice of any other pleading(s), order(s), or other document(s) pursuant to Federal Rule of Evidence 201(d), as made applicable by Federal Rule of Bankruptcy Procedure 9017, filed in the above-captioned bankruptcy case or its related adversary proceedings.

By listing an exhibit on this list, Mr. Garcia does not concede that any particular exhibit is admissible or that it is admissible for all purposes.  Mr. Garcia reserves the right to object to admission of any document.  Mr. Garcia reserves the right to amend or supplement his exhibit and witness list, or to add or subtract exhibits or witnesses, prior to the conclusion of the Hearing.

Dated: August 31, 2023                                Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP

        1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408;
DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

# KARL GARCIA'S WITNESS LIST
### September 7-8, 2023, Case No. 22-00101-ELG

## WITNESSES

| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called |
|---|---|---|---|
| Any witness called by any other party | Cross examination | | |

4

CORE/3525930.0002/184120420.1

# KARL GARCIA'S EXHIBIT LIST
## September 7-8, Case No. 22-00101-ELG

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Garcia1 | Third Amended Complaint *Karl Garcia v. The Rubin Group, LLC, et al.* [Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia2 | Order dated 3/29/21 *Karl Garcia v. The Rubin Group, LLC, et al.* [Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia3 | Order dated 5/20/22 *Karl Garcia v. The Rubin Group, LLC, et al.* [Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia4 | Order dated 6/17/22 *Karl Garcia v. The Rubin Group, LLC, et al.* [Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia5 | Disclosure of Compensation of Attorney (Rule 2016 Statement) [Dkt. No. 22, Case No. 22-00101-ELG] | | |
| Garcia6 | 819D Schedules A/B-J [Dkt. No. 18, Case No. 22-00101-ELG] | | |
| Garcia7 | The 11 Defendants' Motion to Dismiss dated 6/29/22 [Dkt. No. 103, Case No. 22-00101-ELG] | | |
| Garcia8 | A. Rubin's and Canal View Holdings LLC's Motion to Dismiss dated 6/29/22 [Dkt. No. 5, Case No. 1:22-cv-00698-LMB-JFA, E.D. Va., now Adv. Proc. No. 22-10009-ELG] | | |
| Garcia9 | Jeffrey Houle's Motion to Dismiss dated 6/29/22 [Dkt. No. 15, Adv. Proc. No. 22-10009-ELG] | | |
| Garcia10 | First and Final Application of Hirschler Fleishcher, as Bankruptcy Counsel to the Former Chapter 11 Debtor in Possession, for Final Allowance and Authorization of Compensation and Reimbursement of Expenses [Dkt. No. 166, Case No. 22-00101-ELG] | | |
| Garcia11 | Complaint for Declaratory Relief [Dkt. No. 128, Case No. 22-00101-ELG, Dkt. No. 1, Adv. Proc. No. 23-10009] | | |

CORE/3525930.0002/184120420.1

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Garcia12 | Motion to Intervene and Third Party Complaint [Dkt. Nos. 5, 13, Adv. Proc. No. 23-10009] | | |
| Garcia13 | Motion to Approve Compromise with Settling Defendants filed by Trustee Ross [Dkt. No. 142, Case No. 22-00101-ELG] | | |
| Garcia14 | A. Rubin and 11 Defs. Demurrers filed to Amended Complaint and Order dated 4/29/21 overruling Demurrers<br>*Karl Garcia v. The Rubin Group, LLC, et al.*<br>[Dkt. Nos. 60, 83, 94, Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia15 | Limited Objection of the Acting United States Trustee to Hirschler Fleischer's Fee Application [Dkt. No. 175, Case No. 22-00101-ELG] | | |
| Garcia16 | Case Docket<br>*Karl Garcia v. The Rubin Group, LLC, et al.*<br>[Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia17 | Excerpts from Transcript of May 10, 2023 hearing Case No. 22-00101 and Adv. Proc. No. 22-10009, 27:8-28:1; 46:25-47:3. | | |
| Garcia18 | Proof of Claim No. 9 – filed by Andrew Rubin [Case No. 22-00101-ELG] | | |
| Garcia19 | Proof of Claim No. 5 – filed by Michelle A. Tygier [Case No. 22-00101-ELG] | | |
| Garcia20 | Amended and Restated Operating Agreement of 819D LLC | | |
| Garcia21 | 11 Defs. Memorandum re Motion to Dismiss and 1/15/21 Order denying Motion<br>*Karl Garcia v. The Rubin Group, LLC, et al.*<br>[Dkt. Nos. 9, 22, Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia22 | A. Rubin Demurrer and Motion to Dismiss and 2/22/21 Order overruling Demurrer and Motion<br>*Karl Garcia v. The Rubin Group, LLC, et al.*<br>[Dkt. Nos. 13, 48, Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |

CORE/3525930.0002/184120420.1

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Garcia23 | A. Rubin and 11 Defs. Demurrers and Canal View Holdings Memorandum re Motion to Dismiss Third Amended Complaint (excluding caselaw exhibits) and Orders dated 4/21/22 and 4/29/22 *Karl Garcia v. The Rubin Group, LLC, et al.* [Dkt. Nos. 162, 167, 212, Case No. CL-2020-0017040, Fairfax County Cir. Ct.] | | |
| Garcia24 | Motion to Approve Settlement and Sell Related Cause of Actions filed by Trustee Ross [Dkt. No. 131, Case No. 22-00101-ELG] | | |

CORE/3525930.0002/184120420.1