VIRGINIA

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| **KARL GARCIA**<br>*Plaintiff,*<br><br>v.<br><br>**THE RUBIN GROUP LLC,** *et al.*<br>*Defendants.* | )<br>)<br>)<br>)  Case No. CL-2020-17040<br>)<br>)<br>) |

### ORDER

THIS MATTER came before the Court upon the Motion to Compel filed by Plaintiff Karl Garcia against Defendant 819D LLC ("**819D**") and Defendant Andrew Rubin ("**A. Rubin**"), the Opposition filed thereto by Defendant 819D, the Motion for Protective Order filed by Defendant A. Rubin, the Opposition filed thereto by Plaintiff, and the oral argument on March 26, 2021;

IT APPEARING TO THE COURT that (i) Plaintiff served his Second Set of Request for Production of Documents ("**2nd Requests**") upon both Defendants on or about June 28, 2021; (ii) 819D served timely objections on February 18, 2021; (iii) A. Rubin served objections and a written response on February 18, 2021; (iv) to date, A. Rubin and 819D have not produced any responsive documents to the 2nd Requests; (v) from the signatures of the parties' counsel below, the parties agreed to provide 819D an extension to produce all responsive documents, as set forth below, on or before April 2, 2021; (vi) A. Rubin has stonewalled the discovery process with his noncompliance; (vii) good cause does not exist to enter a further protective order in favor of A. Rubin;

IT IS HEREBY ORDERED as follows:

(i)  Defendant 819D LLC shall produce full and complete responsive documents to Plaintiff's 2nd Requests on or before April 2, 2021. The responsive documents shall be

unredacted, with the exception of all but the last four digits of any social security numbers and/or other personal identifiers pursuant to Va. Code § 8.01-420.8;

    (ii)    Plaintiff's Motion to Compel against Defendant Andrew Rubin is GRANTED. Defendant Andrew Rubin shall produce full and complete responsive documents to Plaintiff's 2nd Requests on or before April 2, 2021. The responsive documents shall be unredacted, with the exception of all but the last four digits of any social security numbers and/or other personal identifiers pursuant to Va. Code § 8.01-420.8;

    (iii)    Plaintiff's request for attorneys' fees and costs is GRANTED against Andrew Rubin. Andrew Rubin shall pay $3,712.50 to counsel for Plaintiff within seven (7) days of this Order; and

    (iv)    Andrew Rubin's Motion for Protective Order and Stay is DENIED;

ENTERED THIS 29th DAY OF MARCH, 2021.

Hon. Grace Carroll

SEEN AND AGREED:

*[signature]*
Bethany R. Benes (Va. Bar No. 85408)
Bethune Benes, PLLC
4290 Chain Bridge Road, Suite 302
Fairfax, Virginia 22030
Tel.: (703) 260-9322
bbenes@bethunebenes.com
*Counsel for Plaintiff Karl Garcia*

SEEN AND AGREED SOLELY AS TO 819D LLC:

*Mark Crawford* (with permission by BRB)
Mark Crawford, Esq. (Va. Bar No. 36153)
Law Offices of Mark D. Crawford, PLLC
1005 North Glebe Road, Suite 210
Arlington, Virginia 22201
Tel: 202-256-1244
Facsimile: 703-522-2264
mcrawford@mdc-law.com
*Counsel for Defendant 819D LLC*

SEEN AND OBJECTED TO for the reasons set forth in the Memorandum in Opposition to the Motion to Compel and in Support of Motion for Protective Order and as stated in open court. Andrew Rubin further objects to this Order as the attorneys' fees are not reasonable given the circumstances and as the Opposition to the Motion to Compel, together with the Motion for Protective Order, were substantially justified.

*Christopher Glaser* (with permission by BRB)
Christopher A. Glaser, Esq. (Va. Bar No. 43491)
Meagan E. Roach, Esq. (Va. Bar No. 87955)
Jackson & Campbell, PC
2300 N Street, N.W., Suite 300
Washington, DC 20037
Tel: 202-457-1600
Facsimile: 202-457-1678
cglaser@jackscamp.com
mroach@jackscamp.com
*Counsel for Defendant Andrew Rubin*


SEEN:

*Kimberly Jandrain* (with permission by BRB)
Laurin H. Mills, Esq. (Va. Bar No.79848)
Kimberly Jandrain, Esq. (Va. Bar No. 72727)
Samek Werther Mills LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
Tel.: 703-547-4693
Facsimile: 703-547-4694
laurin@samek-law.com
kim@samek-law.com
*Counsel for Defendants Michelle Tygier;*
*The Rubin Group, LLC;*
*819 Capital LLC;*
*K Street Holdings LLC;*
*TR Holdings LLC;*
*2233-40th Partners LLC;*
*South Glebe LLC;*
*Woodmore LLC;*
*TRG Development LLC;*
*638 Newton Partners LLC; and*
*Robert Rubin*

3