VIRGINIA

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

KARL GARCIA )
    *Plaintiff*, )
)
v. ) Case No. CL-2020-17040
)
THE RUBIN GROUP LLC, *et al.* )
    *Defendants.* )

## ORDER

This matter came before the Court upon the Fourth Motion to Compel and for Sanctions filed by Plaintiff Karl Garcia ("Mr. Garcia") against Defendants Michelle Tygier, Robert Rubin, The Rubin Group, LLC, 819 Capital LLC, K Street Holdings, TR Holdings, 638 Newton LLC, Woodmore LLC, South Glebe LLC, 2233-40th Partners, and TRG Development LLC (the "11 Defendants"), the Opposition thereto, and argument of counsel of June 17, 2022;

IT IS HEREBY ORDERED that the Motion is GRANTED in part. The 11 Defendants shall each serve separate written responses as required by Va. Sup. Ct. R. 4:9 to Plaintiff's 2nd Request No. 14, 3rd Request Nos. 17-18, 22, 24, 25, 26, 27, and 4th Request Nos. 15, 16, and 17 on or before June 24, 2022 and shall identify by bates label the documents each Defendant contends is responsive to each of the aforementioned Requests.

IT IS HEREBY FURTHER ORDERED that the Court declines to enter sanctions at this time with regards to this Motion.

ENTERED ~~THIS~~ ~~day of~~ June 17, 2022.

Hon. Grace B. Carroll

SEEN and agreed to as to the granting of the Motion;
OBJECTED to as to the denial of sanctions.

*BBenes* (signature)

Bethany R. Benes (Va. Bar No. 85408)
**Bethune Benes, PLLC**
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com
*Counsel for Plaintiff*


SEEN AND *Objected to as to Rule 4:9* (handwritten)

(signature)

Laurin H. Mills, Esq.
Mansitan Sow, Esq.  95490
Samek Werther Mills LLC
laurin@samek-law.com
*Counsel for 11 Defendants*

2