**LOCAL OFFICIAL FORM NO. 10**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| **819D LLC** | ) | Case No.  22-00101-ELG |
| | ) | |
| _____ | ) | Chapter  **11** |
| | ) | |
| Debtor(s). | ) | |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **Flat Fee**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

☑  **Hourly Fee**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 26,738.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | $490.00 |

[Or attach firm hourly rate schedule.] as such rate may change over time based on periodic increases.

Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

☐  ***Pro Bono* Representation**

I have agreed to provide services without compensation

**********************************************************************

The debtor ☑ has  ☐  has not agreed to reimburse expenses.

2. The source of the compensation paid to me was:

   ☐ Debtor  ☑ Other (specify):  **Canal View Holdings LLC, a contingent creditor of the Debtor**

3. The source of compensation to be paid to me is:

   ☐ Debtor  ☑ Other (specify):  **Canal View Holdings LLC, a contingent creditor of the Debtor**

3. With respect to the compensation described herein:

☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A

copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **All other legal services necessary to the successful completion of the chapter 11 bankruptcy case.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| **CERTIFICATION** |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 7/5/2022 | /s/ Kristen E. Burgers |
|---|---|
| *Date* | **Kristen E. Burgers** |
| | *Signature of Attorney* |
| | **Hirschler Fleischer PC** |
| | **8270 Greensboro Drive** |
| | **Suite 700** |
| | **Tysons, VA 22102** |
| | **703-584-8364  Fax: 703-584-8901** |
| | **kburgers@hirschlerlaw.com** |
| | *Name of law firm* |