# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| In re: | ) |
|  | )     Case No. 22-00101-ELG |
| 819D LLC, | ) |
|  | )     (Converted to Chapter 7) |
|     Debtor. | ) |
|  | ) |

_____

### FIRST AND FINAL APPLICATION OF HIRSCHLER FLEISCHER, AS BANKRUPTCY COUNSEL TO THE FORMER CHAPTER 11 DEBTOR IN POSSESSION, FOR FINAL ALLOWANCE AND AUTHORIZATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Hirschler Fleischer ("**HF**"), bankruptcy counsel to 819 D LLC as the former chapter 11 debtor in possession (the "**Debtor**"), respectfully submits this first and final application (the "**Application**") for allowance and authorization of payment of compensation and reimbursement of expenses on a final basis pursuant to sections 328 and 330 of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Application covers the period from June 19, 2022, through October 12, 2022.  HF seeks final allowance and authorization of payment for legal fees in the amount of $156,429.50 and reimbursement of expenses in the amount of $1,501.58, for a total award of $157,931.08.  In support of this Application, HF respectfully states as follows:

_____

Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER P.C.
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:  (703) 584-8900
fax:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
        kburgers@hirschlerlaw.com

_Former Chapter 11 Counsel to 819D LLC_

**Jurisdiction**

1.      The Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this case and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief sought herein are sections 328, 330, and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

**Background**

3.      On June 19, 2022 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code initiating this bankruptcy case (the "**Bankruptcy Case**").  The Debtor continued to manage its property and financial affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code until October 12, 2022, at which time the Debtor voluntarily converted the Bankruptcy Case to a case under chapter 7 of the Bankruptcy Code.

**A.      Events Preceding the Bankruptcy Case**

4.      The Debtor was formed in November 2013 for the purpose of redeveloping a church originally constructed in 1916 into a residential condominium known as "The Sanctuary" (the "**Project**").  The Project is located at 819 D Street NE, Washington, DC, in the Capitol Hill Historic District.  It contains 30 total residential units, 26 of which are located in the former historically-protected church and four of which are located in two adjacent row houses.

5.      The Project was substantially completed in or about December 2016.  The Debtor began selling condominium units in or about December 2016, and sold the last unit in or about October 2017.  Unit prices ranged from $350,000 for a one bedroom, one bath unit to $1,525,000 for the penthouse unit. The units and common areas feature Gothic Revival architecture, with 12

foot ceilings, exposed brick walls, stained and leaded glass windows, and views of the US Capitol Dome.

6.      Upon the substantial completion of the Project, the Debtor was required to file a letter of credit (the "**Warranty LOC**") to satisfy its warrant liability under the D.C. Condominium Act, D.C. Code Section 42-1901.01 *et seq.*  D.C. Code Section 42-1903.16 requires condominium developers to file a performance bond or other security to be available to satisfy the developer's warranty liability under the D.C .Condominium Act for a two-year period from the date of the first unit sale.  The Warranty LOC was issued by EagleBank in the amount of $356,016.13 and is fully secured by cash held by EagleBank.  The Warranty LOC is still in place, and the cash collateral is still being held by EagleBank.

7.      Potomac Construction Group, LLC ("**PCG**") was the general contractor for the Project.  PCG was contractually obligated to the Debtor to provide a warranty that matched the terms of D.C. Code Section 42-1903.16 and was required to post a payment and performance bond in the amount of $5,883,560.00 for the benefit of the Debtor. The Debtor also required that PCG name the Debtor as an additional insured on its commercial general liability insurance policy and obtain a builders risk insurance policy for the benefit of the Debtor.

8.      After the Project was substantially complete, the Debtor became aware that PCG's performance was deficient.  Among other things, PCG refused to honor its contractual warranty obligation, presented falsified documents to substantiate that it had obtained the payment and performance bond, and failed to use payments from the Debtor to properly pay subcontractors.  On January 15, 2019, the Debtor filed an action against PCG in the U.S. District Court for the District of Columbia, captioned as *819D LLC v. Potomac Construction Group LLC* (Case No. 1:19-cv-00080 (TNM)).  By order entered February 2, 2021, the Debtor obtained a

default judgment against PCG in the amount of $339,384.13 (the "**PCG Judgment**"). Upon information and belief, to date, the Debtor has been unable to collect any part of the PCG Judgment.

**B.     The Sale of the Penthouse Unit and Subsequent Litigation**

9.      On April 18, 2017, Karl Garcia ("**Garcia**") entered into a Purchase Agreement with the Debtor for his purchase of Unit 34PH (the "**Unit**") at the Project for the price of $1,525,000. The Unit is the penthouse unit and contains the former church bell tower.

10.     After Garcia purchased the Unit, the Debtor worked with Garcia to correct any issues with the Unit. The issues, as identified in an e-mail from Garcia to the Debtor dated November 15, 2017, were minor, including loose trim, paint touch up, a faulty locking mechanism, a single screw that needed to be tightened, and a door that needed to be adjusted.

11.     Notwithstanding his November 15, 2017 e-mail, Garcia alleges in various legal pleadings that he previously discovered construction flaws and deficiencies in both his Unit and in the common areas of the Project.

12.     Nearly four months after the November 15, 2017 e-mail, Garcia notified the Debtor of the alleged deficiencies, including, among other things, a pigeon infestation in part of the common areas. Thereafter, the Debtor attempted to work with Garcia to investigate the alleged deficiencies and correct any warranty issues. During this time period, Garcia did not respond to communications from the Debtor other than to state that Garcia and his counsel were reviewing the Debtor's response and would be in touch.

13.     On December 11, 2018, Garcia filed with the District of Columbia Department of Housing and Community Development ("**DHCD**") a structural warranty claim (the "**Garcia**

**Warranty Claim**") against the Warranty LOC.  The Garcia Warranty Claim alleged several deficiencies with the Unit and common areas.

14.      On August 23, 2019, the Debtor received notice of the Garcia Warranty Claim from the District of Columbia Department of Housing and Community Development.  On October 7, 2019, the Debtor filed its response to the Garcia Warranty Claim, which addressed the alleged deficiencies and stated that Garcia failed to meet DHCD's requirements for claim submission as the alleged deficiencies are not structural defects and do not fall within the scope of the limited structural warranty. The Garcia Warranty Claim remains pending before DHCD.

15.      On May 18, 2020, Garcia filed a Complaint against the Debtor, PCG, and other entities involved with the development, marketing, and subsequent operation of the Project in the Superior Court for the District of Columbia (the "**Superior Court**"), captioned *Garcia v. 819D LLC, et al.* (Case No. 2020 CA 002540 B) (the "**DC Action**").  Through the DC Action, Garcia seeks damages against the Debtor and others in the amount of the $1,525,000 Unit purchase price for breach of warranty, breach of contract, fraud, and negligence, plus treble damages of $4,575,000 for unfair or deceptive trade practices.  As alternative relief,  Garcia seeks rescission of the Purchase Agreement.[1]

16.      On February 3, 2021, the Superior Court ruled (the "**Arbitration Order**") that Garcia's claims against the Debtor and others were subject to arbitration pursuant to an arbitration clause in the Purchase Agreement.  Garcia filed an appeal of the Arbitration Order, which is pending in the District of Columbia Court of Appeals, Appeal No. 21-CV-104 (the "**Garcia Appeal**").

---

[1]  Garcia has also sued the Sanctuary Condominium Unit Owners' Association in the DC Action for $500,000 for breach of fiduciary duty.

17.    On October 30, 2020, approximately five months after commencing the DC Action, Garcia filed a Complaint against the Debtor and other defendants[2] in the Circuit Court for Fairfax County, Virginia, captioned *Garcia v. The Rubin Group LLC et al.* (Case No. CL-2020-17040) (the "**Fairfax Action**").  In the Fairfax Action, Garcia asserts that the Debtor made fraudulent transfers, totaling not less than $6,106,544.60, to certain of the other defendants who fraudulently re-transferred the funds to the remaining defendants.  Garcia asserts that all of the Debtor's transfers, including those transfers made prior to Garcia's purchase of the Unit, are avoidable because they were done with the actual intent to hinder, delay, or defraud him under Va. Code Ann. § 55.1-400.  Alternatively, he contends that the transfers were constructively fraudulent under Va. Code Ann. § 55.1-401 because they were made for inadequate consideration and were made when the Debtor and the other transferors were insolvent, or the transfers rendered the transferors insolvent.  Garcia contends that he became a creditor at the time that he was considering purchasing the Unit and that the transfers will thwart his ability to collect a judgment against the Debtor which does not yet exist, but which he anticipates obtaining in the future, presumably in the DC Action.

18.    On March 23, 2022, Garcia filed a Third Amended Complaint in the Fairfax Action.  Although the Fairfax Action has been pending for over a year and a half, the substantive merit of Garcia's claims against the Debtor and the other 19 defendants has not been resolved.

19.    On December 21, 2021, the Sanctuary Condominium Unit Owners' Association ("**UOA**") filed a complaint against the Debtor in the Superior Court, captioned *Sanctuary Condominium Unit Owners' Association v. 819D LLC* (Case No. 2021 CA 004683B) (the "**Association Action**").  In the Association Action, the UOA asserts claims against the Debtor for breach of statutory warranties pursuant to D.C. Code Sections 42-1902.09 and 42-1903.16

---

[2] There are currently 19 defendants in addition to the Debtor

related to the Project's common areas and building components and seeks damages of $745,575.00. Many of the allegations in the Association Action overlap with the allegations in the DC Action.

20.     The Debtor's lack of liquid assets and the mounting cost of defending the litigations described above, forced the Debtor to commence the Bankruptcy Case, with the intention of resolving Garcia's and the UOA's claims as part of the Bankruptcy Case

**B.     The Bankruptcy Case**

21.     The Debtor filed the Bankruptcy Case on June 19, 2022. Not surprisingly, given the bitter and protracted litigation that caused the Debtor to file its chapter 11 bankruptcy petition, the Bankruptcy Case was contentious from the start and has remained contentious throughout its pendency before this Court.

22.     On June 22, 2022, the Debtor filed a Notice of Removal [Docket No. 1 in Adv. Proc. No. 22-10009], whereby it removed the Fairfax Action to this Court, thereby commencing Adversary Proceeding No. 22-10009 (the "**Garcia Fairfax Adversary Proceeding**"). On July 22, 2022, Garcia filed his Motion to Abstain and/or Remand [Docket No. 33][3] (the "**Fairfax Action Remand Motion**"). On August 11, 2022, the Debtor filed its Opposition to the Fairfax Action Remand Motion [Docket No. 56]. Many of the defendants in the Fairfax Action also filed oppositions (or joined in the Debtor's opposition) to the Fairfax Action Remand Motion [Docket Nos. 49, 51, 52, and 57]. On August 16, 2022, Garcia filed his reply to the oppositions to the Fairfax Remand Motion [Docket No. 72]. The Fairfax Remand Motion has not yet been heard or ruled upon by this Court.

23.     On July 25, 2022, Garcia filed a Motion for Relief from the Automatic Stay [Docket No. 35] in connection with the Fairfax Action (the "**Fairfax Lift Stay Motion**").

Through the Fairfax Lift Stay Motion, Garcia sought relief from the automatic stay so that he could pursue his claims against the Debtor and the other defendants in the Fairfax County Circuit Court. On August 11, 2022, the Debtor filed its Opposition to the Fairfax Lift Stay Motion [Docket No. 58]. Certain other defendants in the Fairfax Action joined the Debtor's opposition to the Fairfax Lift Stay Motion [Docket No. 61]. On August 17, 2022, Garcia filed his reply to the oppositions to the Fairfax Lift Stay Motion [Docket No. 77]. The Fairfax Lift Stay Motion has not yet been heard or ruled upon by this Court.

24. On August 1, 2022, Garcia filed a Motion to Dismiss Case [Docket No. 41] (the "**Motion to Dismiss**"). On August 22, 2022, the Debtor filed its Opposition to the Motion to Dismiss [Docket No. 82]. Many of the defendants in the Fairfax Action also filed oppositions (or joined in the Debtor's opposition) to the Motion to Dismiss [Docket Nos. 81, 83, and 84]. On August 29, 2022, Garcia filed his reply to the oppositions to the Motion to Dismiss [Docket No. 86].

25. On August 9, 2022, the Debtor filed a Notice of Removal [Docket No. 1 in Adv. Proc. No. 22-10010], whereby it removed the DC Action to this Court, thereby commencing Adversary Proceeding No. 22-10010 (the "**Garcia DC Adversary Proceeding**"). On September 8, 2022, Garcia filed his Motion (I) to Abstain and/or Remand and (II) for Relief from the Automatic Stay [Docket No. 93] (the "**Garcia DC Action Remand Motion**"). On October 5, 2022, the Debtor filed its Opposition to the Garcia DC Action Remand Motion [Docket No. 108]. Garcia recently withdrew the Garcia DC Action Remand Motion, which had not yet been heard or ruled upon by this Court.

26. On September 8, 2022, the Debtor filed its Motion for Order (A) Lifting the Automatic Stay as to Karl Garcia's Appeal of Order Compelling Arbitration and as to the

---

<sup>3</sup> All references to docket numbers shall refer to the docket in the Bankruptcy Case unless otherwise noted.

Arbitration of Karl Garcia's Claims in Adversary Proceeding No. 22-10010-ELG and (B) Directing Immediate Commencement of the Arbitration and a memorandum in support thereof [Docket Nos. 88 and 89] (the "**Arbitration Lift Stay Motion**"), whereby the Debtor sought relief from the automatic stay as to the Garcia Appeal and authority to proceed with arbitration in the DC Action. On September 29, 2022, certain of the defendants in the Fairfax Action filed a response supporting the Arbitration Lift Stay Motion [Docket No. 105]. On October 5, 2022, Garcia filed his limited objection to the Arbitration Lift Stay Motion [Docket No. 110]. The Arbitration Lift Stay Motion has not yet been heard or ruled upon by this Court

27.     On September 16, 2022, the Debtor filed a Notice of Removal [Docket No. 1 in Adv. Proc. No. 22-10011], whereby it removed the Association Action to this Court, thereby commencing Adversary Proceeding No. 22-10010 (the "**Association Adversary Proceeding**").

28.     A hearing on the Motion to Dismiss was scheduled for October 12, 2022. Prior to the hearing on the Motion to Dismiss, the Debtor made an oral motion to convert the case voluntarily to a case under chapter 7 pursuant to section 1112 of the Bankruptcy Code. An order converting the Bankruptcy Case to a case under chapter 7 was entered on October 12, 2022 [Docket No. 111] (the "**Conversion Order**").

29.     On October 31, 2022, the Debtor filed its Final Report Upon Conversion Pursuant to Local Bankruptcy Rule 1019-1 [Docket No. 121].

### HF's First and Final Application

30.     The Court entered an order approving the employment of HF as counsel to the Debtor on September 1, 2022 [Docket No. 87], effective as of the Petition Date (the "**HF Employment Order**").

31.     This is HF's first and final application for allowance of compensation and reimbursement of expenses, covering the period from June 19, 2022, through October 12, 2022 (the "**Application Period**").  HF seeks final allowance and authorization of payment for legal fees in the amount of $156,429.50 and reimbursement of expenses in the amount of $1,501.58, for a total award of $157,931.08.   A copy of HF's detailed time records is attached hereto and incorporated herein as <u>Exhibit A</u>.  An itemized list of the necessary expenses incurred in this Bankruptcy Case is attached hereto and incorporated herein as <u>Exhibit B</u>.

32.     All services and expenses reflected on Exhibits A and B to this Application were performed or incurred on behalf of the Debtor, as a debtor in possession under chapter 11 of the Bankruptcy Code, during the Application Period and not for or on behalf of any other person or entity.  These services and expenses relate only to legal matters affecting the administration of the estate.

33.     HF has no agreement or understanding with any third party with respect to sharing of the compensation sought in this case.

34.     HF is currently holding a pre-petition retainer in the amount of $18,963.00 as security for payment of its allowed legal fees and costs.

<u>**Summary of HF's Services**</u>

35.     The following is a summary, by category, of the legal services provided by HF to the Debtor during the Application Period.  A more complete description of the actual tasks performed by HF attorneys is included in HF's time records attached hereto as <u>Exhibit A</u>.

**A.     General Case Administration (Matter No. 00003)**

1.     <u>Services Rendered</u>.  The Debtor required assistance of counsel for the general administration of the Bankruptcy Case.   In particular, HF attorneys communicated with the

Office of the U.S. Trustee (the "**UST**") and provided the UST with all requested information. HF attorneys also provided guidance to the Debtor in preparing and filing its monthly operating reports and in meeting its other reporting obligations as a debtor-in-possession. Finally, HF attorneys advised the Debtor in communications with its insurance carrier regarding continuation of coverage and related issues.

2.    <u>Summary of Fees</u>.  The following HF attorney provided legal services to the Debtor in connection with the general administration of this Bankruptcy Case.

| **Timekeeper** | **Number of Hours** | **Hourly Rate** | **Total** |
|---|---|---|---|
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 18.3 | $490.00 | $8,967.00 |
| Patricia Laura (Paralegal) | 0.6 | $285.00 | $171.00 |
| **TOTAL** | **18.9** | | **$9,138.00** |

**B.    Schedules of Assets and Liabilities (Matter No. 00004)**

1.    <u>Services Rendered</u>.  HF counsel worked with the Debtor to prepare its schedules, Statement of Financial Affairs, creditor matrix, lists and related disclosures, as well as an Amended Schedule E/F.  The schedules were fairly complex, due to the pending litigation matters and the claims, cross-claims, and counter-claims asserted by the parties thereto.  HF counsel also prepared and filed the notices of amendment to affected creditors and the notice of contingent, disputed, and unliquidated claims.

2.    <u>Summary of Fees</u>.  The following HF attorney provided legal services to the Debtor in connection with the schedule of assets and liabilities in this Bankruptcy Case.

| Timekeeper | Number of Hours | Hourly Rate | Total |
|---|---|---|---|
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 9.6 | $490.00 | $4,704.00 |
| **TOTAL** | **9.6** | | **$4,704.00** |

**C.     Financing and Cash Collateral (Matter No. 00005)**

1.     <u>Services Rendered</u>.   HF counsel worked with the Debtor to obtain debtor-in-possession funding upon agreeable terms.   HF attorneys, with the Debtor's authorization, commenced drafting a motion for DIP financing.

2.     <u>Summary of Fees</u>.   The following HF attorney provided legal services to the Debtor in connection with financing and cash collateral in this Bankruptcy Case.

| Timekeeper | Number of Hours | Hourly Rate | Total |
|---|---|---|---|
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 1.5 | $490.00 | $735.00 |
| **TOTAL** | **1.5** | | **$735.00** |

**D.     Creditor Meetings and Inquiries (Matter No. 00006)**

1.     <u>Services Rendered</u>.   HF counsel prepared the Debtor for its initial meeting of creditors.   HF worked with the Debtor to gather and organize documentation required by the UST and requested by creditors.   HF responded to creditor inquiries about the status of the Bankruptcy Case and related matters.

2.     <u>Summary of Fees</u>.   The following HF attorney provided legal services to the Debtor in connection with creditor meetings and inquiries in this Bankruptcy Case.

| Timekeeper | Number of Hours | Hourly Rate | Total |
|---|---|---|---|
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 2.8 | $490.00 | $1,372.00 |
| **TOTAL** | **2.8** | | **$1,372.00** |

**E.** **Employment and Compensation Applications (Matter No. 00007)**

1.  <u>Services Rendered</u>.  At the Debtor's direction, HF prepared and filed an Application to Employ Hirschler Fleischer as Bankruptcy Counsel on July 8, 2022 [Docket No. 23] (the "**HF Employment Application**").  On July 28, 2022, the UST filed an objection to the HF Employment Application [Docket No. 39] (the "**UST Objection**"), asserting that HF was not "disinterested" because HF provided legal services to an affiliated entity prior to the bankruptcy. On August 12, 2022, again at the Debtor's direction, HF prepared and filed a reply to the UST Objection [Docket No. 63].  On August 17, 2022, the Court held a contested hearing on the HF Employment Application and ultimately granted the HF Employment Application.  The Court entered the HF Employment Order on September 1, 2022 [Docket No. 87].

2.  <u>Summary of Fees</u>.  The following HF attorneys provided legal services to the Debtor in connection with financing and cash collateral in this Bankruptcy Case.

| Timekeeper | Number of Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen E. Leach (Partner) (First bar admission:  1977) | 8.3 | $570.00 | $4,731.00 |
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 16.6 | $490.00 | $8,134.00 |
| **TOTAL** | **24.9** | | **$12,865.00** |

**F.      Claims Analysis and Objections (Matter No. 00009)**

1.      <u>Services Rendered</u>.  HF reviewed tax claims filed by the Internal Revenue Service and the DC Office of Tax Revenue and advised the Debtor accordingly.

2.      <u>Summary of Fees</u>.  The following HF attorneys provided legal services to the Debtor in connection with the general administration of this Bankruptcy Case.

| **Timekeeper** | **Number of Hours** | **Hourly Rate** | **Total** |
|---|---|---|---|
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 0.4 | $490.00 | $196.00 |
| **TOTAL** | **0.4** | | **$196.00** |

**G.      Adversary Proceedings and Contested Matters (Matter No. 0001)**

1.      <u>Services Rendered</u>.  As noted above, the Bankruptcy Case was very contentious. The Debtor filed its voluntary chapter 11 petition with the intention that it would be able to resolve the pending litigation through the Bankruptcy Case.  Unfortunately, the Bankruptcy Case was equally hard fought, with most actions resulting in oppositions and replies .  At the time of conversion, there were four pending contested matters  - the Garcia Fairfax Remand Motion, the Fairfax Lift Stay Motion, the Garcia DC Remand Motion, and the Arbitration Lift Stay Motion. Only the Garcia DC Remand Motion has been resolved by Garcia's voluntary withdrawal of it. All other contested matters remain pending before this Court.  HF counsel advised the Debtor with respect to each of these matters, researched legal issues, prepared appropriate pleadings, and represented the Debtor at hearings on these matters.

2.      <u>Summary of Fees</u>.  The following HF attorneys provided legal services to the Debtor in connection with adversary proceedings and contested matters.

| Timekeeper | Number of Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen E. Leach (Partner) (First bar admission: 1977) | 156.6 | $570.00 | $89,262.00 |
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 76.1 | $490.00 | $37,289.00 |
| Patricia Laura (Paralegal) | 1.5 | $285.00 | $427.50 |
| **TOTAL** | | **234.2** | **$126,978.50** |

**Fees**

The following is a summary of the time charges across all matters by individual attorney or paralegal for which HF seeks compensation in connection with this Application:

| Timekeeper | Number of Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen E. Leach (Partner) (First bar admission: 1977) | 164.9 | $570.00 | $93,993.00 |
| Kristen E. Burgers (Principal) (First bar admission: 2004) | 125.3 | $490.00 | $61,397.00 |
| Patricia Laura (Paralegal) | 2.1 | $285.00 | $598.50 |
| **Total** | **292.3** | | **$155,988.50** |

**Reasonableness of the Compensation Sought**

36.     The Debtor believes that HF performed its services efficiently, that the services were necessary to the estate, and that HF's rates are comparable to the rates charged by other attorneys in the Washington, D.C. metropolitan area for comparable services.  HF's blended hourly rate is approximately $537.

37.     The fees sought in this case represent reasonable compensation for actual, necessary legal services rendered on behalf of the Debtor for services provided during the Application Period, based upon section 330(a)(3) of the Bankruptcy Code and the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (cited favorably in *In re Auto-Train Corp.*, 15 B.R. 160, 161 (Bankr. D.C., 1981)).  Those factors include the time and labor expended, the novelty and difficulty of the questions raised, the skill required to perform properly the legal services rendered, the attorneys' opportunity costs in pursuing the matter, the customary fee for like work, the attorneys' expectations at the outset of the matter, the time limitations imposed by the client or circumstances, the amount in controversy and the results obtained, the experience, reputation and ability of the attorneys, the desirability or undesirability of the case within the legal community in which the case arose, the nature and length of the professional relationship between attorney and client and attorneys' fee awards in similar cases.

A.     <u>Time and labor expended</u>.  HF attorneys spent 292.30 hours during the time period covered by this Application.  A summary of the number of hours worked by each individual attorney is set forth above and in the detailed time records attached hereto as <u>Exhibit A</u>.  In this case, HF has charged the same standard billable rates for each attorney that it charges for such attorney in other bankruptcy and non-bankruptcy cases on which he or she works.  HF bases its billable rates upon the experience of the attorney.  The rates charged compare favorably to rates charged by other large law firms in the Washington, D.C. metropolitan area.

B.     <u>Novelty and difficulty of the questions raised</u>.  As further set forth above, HF rendered a wide variety of services on many different issues during the time period covered by

the Application. The issues in this case required HF to analyze, advise, and represent the Debtor in matters of complexity and sophistication, due in large part to the complexity of the underlying litigation pending prior to the bankruptcy filing, which included statutory, regulatory, and common law civil claims, and the contentious relationship between various parties to this Bankruptcy Case.

      C.      Skill required to perform properly the legal services rendered. During the Application Period, HF professionals rendered services on behalf of the Debtor. The complexity of the legal and factual disputes involved in this Bankruptcy Case required the skill and expertise of senior attorneys to provide guidance on removal and remand issues and to attempt negotiate compromises and resolve disputes in connection with that process and related issues. Where appropriate, however, tasks were assigned to the professional who could capably perform the service most cost-effectively. As a result, the effective hourly rate for services rendered during Application Period was as low as possible while still providing effective representation to the Debtor.

      D.      Attorneys' opportunity costs in pursuing the matter. The Debtor demanded and received immediate attention to the legal issues arising in this case during Application Period. At times, the work required adequately to represent the Debtor affected HF's opportunity to represent clients in other matters.

      E.      Customary fee for like work. HF believes that the standard rates it charges for services performed by its professionals compare favorably to the rates charged by comparable law firms in the Washington, D.C. metropolitan area for comparable services in business reorganization cases.

F.      <u>Attorneys' expectations at the outset of the matter</u>.  When HF agreed to represent the Debtor, HF understood that the estate did not have sufficient operating funds to pay HF's fees on an on-going basis.  HF expected that fees and expenses in excess of the retainer would be paid through the release of the Debtor's assets as the pending litigation was resolved.

G.      <u>Time limitations imposed by the client or circumstances</u>.  At times, this case imposed significant time limitations upon HF.

H.      <u>The amount in controversy and the results obtained</u>.   The amounts involved in this case were not necessarily large, but they were significant to the Debtor and the creditors in this Bankruptcy Case.

I.      <u>Experience, reputation and ability of the attorneys</u>.  The professionals who rendered services to the Debtor are highly qualified in the fields in which they practice and routinely command the fees they charge in other cases.

J.      <u>Desirability or undesirability of the case within the legal community in which the case arose</u>.  This is a challenging case, but is not necessarily one that would be viewed as undesirable in the local legal community.

K.      <u>Nature and length of professional relationship between attorney and client</u>.  HF commenced its representation of the Debtor shortly before to the Petition Date.  HF routinely represents debtors in chapter 11 matters.

L.      <u>Attorneys' fee awards in similar cases</u>.  HF believes that bankruptcy counsel in the Washington, D.C. metropolitan area have been allowed fees comparable to those it requests in this Application based upon the time and effort expended on behalf of the Debtor and the quality of representation provided to the Debtor.

## Expenses

38.     As set forth on <u>Exhibit B</u>, HF incurred $1,501.58 in reasonable, necessary expenses in providing professional services to the Debtor during the Application Period.  By this Application, HF seeks reimbursement of $1,501.58 for such expenses.

## Authority

39.     Pursuant to section 330 of the Bankruptcy Code, the Court may award HF reasonable compensation for actual and necessary services performed in this case.  For the reasons stated above, the Debtor believes that the services performed by HF were necessary to the administration of this case, were performed at a cost and efficiency commensurate with the complexity, importance and nature of the issues involved, and were undertaken by professionals whose rates are reasonable based upon the customary compensation charged by comparably skilled professionals in matters other than cases under this title.  The Debtor's representative while the Debtor was acting as a debtor in possession  has reviewed HF's request for fees and expenses.


*REMAINDER OF PAGE INTENTIONALLY BLANK*

WHEREFORE, HF requests that this Court enter an order (i) allowing the requested compensation in this Application for legal services to HF in amount of $156,429.50 and reimbursement of expenses in the amount of $1,501.58 for the period from June 19, 2022 through October 12, 2022, on a final basis; (ii) authorizing HF to apply the pre-petition retainer in the amount of $18,963.00 to its allowed fees and expenses; and  (iii) authorizing the chapter 7 trustee to pay such sums as an allowed administrative expense of this proceeding pursuant to section 330 of the Bankruptcy Code; and (iv) granting such other and further relief as may be just and proper.

Dated:  July 5, 2023                                  Respectfully submitted,

                                                      */s/ Kristen E. Burgers*
                                                      Stephen E. Leach (DC Bar No. 925735)
                                                      Kristen E. Burgers (DC Bar No. 500674)
                                                      HIRSCHLER FLEISCHER, PC
                                                      1676 International Drive, Suite 1350
                                                      Tysons, Virginia 22102
                                                      Phone:  (703) 584-8900
                                                      Facsimile:  (703) 584-8901
                                                      Email:  sleach@hirschlerlaw.com
                                                              kburgers@hirschlerlaw.com

                                                      *Former Chapter 11 Counsel to the Debtor*

# EXHIBIT A



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889128 |
| Matter Number: | 047550.00003 |

---

Client:    819D LLC

Matter:    General Case Administration

*For professional services rendered through October 12, 2022*

Currency: USD

Fees                                                                 9,138.00

| | |
|---|---|
| **Total Amount Due** | **$9,138.00** |

---

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/20/2022 | Kristen E. Burgers | Telephone conference with B. Peoples regarding bankruptcy filings and suggestions of bankruptcy (.3); correspondence with M. Crawford regarding bankruptcy timeline and strategy (.2) | 0.50 | 490.00 | 245.00 |
| 06/21/2022 | Kristen E. Burgers | Correspondence with H. Acevedo regarding scheduling of IDI; conferences with N. Dysart regarding filing, service lists, and upcoming deadlines | 0.40 | 490.00 | 196.00 |
| 06/22/2022 | Kristen E. Burgers | Telephone conference with H. Acevedo regarding IDI (.2); e-mail correspondence with S. Mayson regarding 341 meeting (.1); telephone conference with Mr. Rubin regarding general case administration matters and strategy (.4) | 0.70 | 490.00 | 343.00 |
| 06/23/2022 | Kristen E. Burgers | Review e-mail from H. Acevedo with IDI requirements (.1); e-mail to A. Rubin regarding same (.2); telephone conference with S. Mayson regarding case generally (.2); follow-up e-mails to S. Mayson with litigation pleadings (.3) | 0.80 | 490.00 | 392.00 |
| 06/24/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding documents for the IDI (.1); review dropbox with same (.8); review correspondence from the Court regarding returned mail (.1) | 1.00 | 490.00 | 490.00 |
| 06/28/2022 | Kristen E. Burgers | E-mail to H. Acevedo regarding documents for IDI | 0.30 | 490.00 | 147.00 |
| 06/29/2022 | Kristen E. Burgers | Conference with N. Dysart regarding upcoming deadlines and matters | 0.20 | 490.00 | 98.00 |
| 06/29/2022 | Kristen E. Burgers | E-mail to S. Mayson regarding motion to transfer venue and DIP account | 0.20 | 490.00 | 98.00 |
| 06/30/2022 | Kristen E. Burgers | Prepare for and participate in IDI (1.0); follow-up telephone conference with A. Rubin (.1); correspondence with A. Rubin | 1.40 | 490.00 | 686.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | and R. Periyapatna regarding DIP account (.2); review list of approved depositary institutions (.1) | | | |
| 07/06/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding DIP account and case status generally (.4); e-mail to H. Acevedo regarding IDI follow-up and bankruptcy schedules and SOFA (.5) | 0.90 | 490.00 | 441.00 |
| 07/07/2022 | Kristen E. Burgers | Correspondence with N. Dysart regarding service lists and notice parties (.4); review e-mail from H. Acevedo regarding 2021 tax return (.1); review and finalize Notice of Change of Creditor/Notice Party Address, Notice of Newly Added Creditors/Notice Parties, and Notice of contingent, Unliquidated and Disputed Claims (.5); review Local rules on filing amendments (.2); prepare cover sheet for same (.2) | 1.20 | 490.00 | 588.00 |
| 07/08/2022 | Kristen E. Burgers | Finalize and file Notice of Change of Creditor/Notice Party Address, Notice of Newly Added Creditors/Notice Parties, and Notice of contingent, Unliquidated and Disputed Claims; correspondence with A. Rubin regarding same; correspondence with C. Glaser regarding notice of appearance; review electronic deficiency notices; correspondence with N. Dysart regarding same | 0.60 | 490.00 | 294.00 |
| 07/11/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding 2021 taxes, DIP account, and other administrative matters (.2); correct electronic filing deficiencies (.3); correspondence with S. Mason regarding creditors meeting (.1) | 0.70 | 490.00 | 343.00 |

Client: 819D LLC

Matter: General Case Administration

| | | | | |
|---|---|---|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889128 |
| Matter Number: | 047550.00003 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/13/2022 | Kristen E. Burgers | Telephone conference with A. Rubin regarding creditors meeting and related matters | 0.50 | 490.00 | 245.00 |
| 07/14/2022 | Kristen E. Burgers | Correspondence with H. Acevedo regarding UST forms and consents and DIP account | 0.20 | 490.00 | 98.00 |
| 07/15/2022 | Kristen E. Burgers | Telephone conference with A. Rubin following meeting of creditors | 0.30 | 490.00 | 147.00 |
| 07/18/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding open issues and DIP account; telephone conference with L. Mills regarding case status generally | 0.30 | 490.00 | 147.00 |
| 07/18/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding open issues and DIP account; telephone conference with L. Mills regarding case status generally | 0.30 | 490.00 | 147.00 |
| 07/19/2022 | Kristen E. Burgers | Attended bankruptcy practice group meeting | 1.00 | 490.00 | 490.00 |
| 07/21/2022 | Kristen E. Burgers | Correspondence with S. Mason and H. Acevedo regarding follow-up items from 341 meeting | 0.20 | 490.00 | 98.00 |
| 07/22/2022 | Kristen E. Burgers | Research DC statute on condominium warranty bonds (.3); e-mail to S. Leach regarding same (.1); telephone conference with A. Rubin regarding case status generally (.2) | 0.60 | 490.00 | 294.00 |
| 07/26/2022 | Kristen E. Burgers | Correspondence with H. Acevedo regarding UST forms; correspondence with N. Dysart regarding redaction of Mark Crawford invoices | 0.40 | 490.00 | 196.00 |
| 08/08/2022 | Kristen E. Burgers | Telephone conference with A. Rubin regarding case status generally and strategy | 0.20 | 490.00 | 98.00 |
| 08/09/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding account statements; e-mail to H. Acevedo regarding same and guidance for monthly operating report | 0.30 | 490.00 | 147.00 |
| 08/13/2022 | Kristen E. Burgers | E-mail to A. Rubin regarding recent pleadings and status | 0.10 | 490.00 | 49.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | conference | | | |
| 08/18/2022 | Kristen E. Burgers | Review notice of undeliverable addresses issued by the Clerk's Office; correspondence with N. Dysart regarding same | 0.20 | 490.00 | 98.00 |
| 08/18/2022 | Kristen E. Burgers | Review insurance policies and notices; correspondence with S. Leach regarding same | 0.20 | 490.00 | 98.00 |
| 08/25/2022 | Kristen E. Burgers | Correspondence with T. Pika regarding monthly operating reports | 0.20 | 490.00 | 98.00 |
| 08/26/2022 | Kristen E. Burgers | Correspondence with S. Leach regarding monthly operating reports and other general matters | 0.10 | 490.00 | 49.00 |
| 08/30/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding proof of claim deadline | 0.20 | 490.00 | 98.00 |
| 09/01/2022 | Kristen E. Burgers | Review June monthly operating reports (.1); research forms (.2); prepare same (.3); e-mail to A. Rubin regarding same (.1) | 0.70 | 490.00 | 343.00 |
| 09/09/2022 | Kristen E. Burgers | Correspondence with A. Rubin and S. Leach regarding insurance matters | 0.30 | 490.00 | 147.00 |
| 09/14/2022 | Kristen E. Burgers | Correspondence with N. Dysart regarding refund request | 0.20 | 490.00 | 98.00 |
| 09/14/2022 | Kristen E. Burgers | Review monthly operating reports for June, July, and August | 0.30 | 490.00 | 147.00 |
| 09/15/2022 | Kristen E. Burgers | Correspondence with N. Dysart regarding service lists; correspondence with A. Rubin regarding 2021 tax return and bank statements for monthly operating reports; review 2021 tax return; correspondence with N. Dysart regarding refund of filing fee | 0.50 | 490.00 | 245.00 |
| 09/16/2022 | Kristen E. Burgers | Finalize and file monthly operating reports for June 1930, July, and August | 0.30 | 490.00 | 147.00 |
| 09/22/2022 | Patricia C. Laura | Filed emails. | 0.50 | 285.00 | 142.50 |
| 09/23/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding registered agent | 0.20 | 490.00 | 98.00 |

Client: 819D LLC
Matter: General Case Administration

Invoice Date: June 07, 2023
Invoice Num.: 4889128
Matter Number: 047550.00003

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2022 | Kristen E. Burgers | Correspondence with Mr. Acevedo regarding 2021 tax return | 0.10 | 490.00 | 49.00 |
| 09/27/2022 | Patricia C. Laura | Prepared sharefile site for case. | 0.10 | 285.00 | 28.50 |
| 09/27/2022 | Kristen E. Burgers | Correspondence with P. Laura and N. Dysart regarding file share site for pleadings | 0.20 | 490.00 | 98.00 |
| 09/28/2022 | Kristen E. Burgers | Correspondence with T. Laney regarding DC warranty claim | 0.30 | 490.00 | 147.00 |
| 09/30/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding case status and open issues | 0.30 | 490.00 | 147.00 |
| 10/05/2022 | Kristen E. Burgers | File amended monthly operating report for August; e-mail to Ms. Mayson regarding same | 0.30 | 490.00 | 147.00 |
| 10/10/2022 | Kristen E. Burgers | Review Harford insurance policy; correspondence with J. Holzman regarding same; review EagleBank letter of credit | 0.40 | 490.00 | 196.00 |
| **Total** | | | **18.90** | | **$9,138.00** |



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889129 |
| Matter Number: | 047550.00004 |

---

| | |
|---|---|
| Client: | 819D LLC |
| Matter: | Schedules of Assets and Liabilities |

*For professional services rendered through October 12, 2022*

Currency: USD

| | |
|---|---|
| Fees | 4,704.00 |
| | _____ |
| **Total Amount Due** | **$4,704.00** |

---

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/27/2022 | Kristen E. Burgers | Prepare schedules and SOFA | 1.20 | 490.00 | 588.00 |
| 07/05/2022 | Kristen E. Burgers | Prepare schedules, SOFA, List of Equity Security Holders, Corporate Ownership Statement, and Attorney Compensation Disclosure (3.3); telephone conference with A. Rubin regarding same and related matters (1.0); finalize and file same (.3) | 4.60 | 490.00 | 2,254.00 |
| 07/06/2022 | Kristen E. Burgers | Prepare Notice of Newly Added Creditors and Notice Parties, Notice of Change of Creditor/Notice Party Address, and Notice of Contingent, Disputed, and Unliquidated Claims | 1.50 | 490.00 | 735.00 |
| 08/12/2022 | Kristen E. Burgers | Prepare Amended Schedule E/F, SOFA, Top 20 and declaration in support of same (.8); correspondence with A. Rubin regarding same (.3); finalize and file same (.3) | 1.40 | 490.00 | 686.00 |
| 09/01/2022 | Kristen E. Burgers | Prepare Notice to creditors of Amended Schedule E/F | 0.40 | 490.00 | 196.00 |
| 09/15/2022 | Kristen E. Burgers | Revise Notice to Creditors and Amended Schedule E/F; review Local Rules regarding same | 0.30 | 490.00 | 147.00 |
| 09/16/2022 | Kristen E. Burgers | Finalize and file Notice to Creditors and Amended Schedule E/F; correspondence with N. Dysart regarding service of same | 0.20 | 490.00 | 98.00 |
| **Total** | | | **9.60** | | **$4,704.00** |



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889130 |
| Matter Number: | 047550.00005 |

---

Client:      819D LLC

Matter:      Financing and Cash Collateral

*For professional services rendered through October 12, 2022*

Currency: USD

Fees                                                                  735.00

| | |
|---|---|
| **Total Amount Due** | **$735.00** |

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

Client: 819D LLC  
Matter: Financing and Cash Collateral

Invoice Date:      June 07, 2023  
Invoice Num.:      4889130  
Matter Number:    047550.00005

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/07/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding DIP financing | 0.30 | 490.00 | 147.00 |
| 08/31/2022 | Kristen E. Burgers | Prepare DIP financing motion | 1.20 | 490.00 | 588.00 |
| **Total** | | | **1.50** | | **$735.00** |



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889131 |
| Matter Number: | 047550.00006 |

---

Client:      819D LLC

Matter:     Creditor Meetings and Inquiries

*For professional services rendered through October 12, 2022*

Currency: USD

Fees                        1,372.00

**Total Amount Due**                  **$1,372.00**

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/15/2022 | Kristen E. Burgers | Prepared for and attended meeting of creditors | 2.10 | 490.00 | 1,029.00 |
| 07/15/2022 | Kristen E. Burgers | Correspondence with T. Ohm regarding ownership and management structure of 819D and other issues from the meeting of creditors | 0.30 | 490.00 | 147.00 |
| 07/18/2022 | Kristen E. Burgers | E-mail to A. Rubin regarding follow-up items from creditors' meeting; research dissolution date for TRG Development; e-mail to S. Mason regarding follow-up items | 0.40 | 490.00 | 196.00 |
| **Total** | | | **2.80** | | **$1,372.00** |



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889132 |
| Matter Number: | 047550.00007 |

---

Client: 819D LLC

Matter: Employment and Compensation Applications

*For professional services rendered through October 12, 2022*

Currency: USD

Fees 12,865.00

_____

**Total Amount Due** **$12,865.00**

---

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/06/2022 | Kristen E. Burgers | Prepare Application to Employ Hirschler as Bankruptcy Counsel, Verified Statement, and proposed order | 2.30 | 490.00 | 1,127.00 |
| 07/07/2022 | Stephen E. Leach | Review and edit application to employ HF and supporting papers. | 1.40 | 570.00 | 798.00 |
| 07/07/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding Application to Employ Hirschler as Bankruptcy Counsel, Verified Statement, and proposed order (.2); review comments to same from A. Rubin (.3); telephone conference with S. Leach regarding disclosures (.3); revise Application to Employ HF and verified statement in support (1.0); correspondence with S. Leach regarding same (.1) | 1.90 | 490.00 | 931.00 |
| 07/08/2022 | Kristen E. Burgers | Finalize and file Application to Employ Hirschler as Bankruptcy Counsel, Verified Statement, and proposed order; e-mail to A. Rubin regarding same | 0.30 | 490.00 | 147.00 |
| 07/22/2022 | Kristen E. Burgers | Telephone conference with S. Mayson regarding employment application | 0.30 | 490.00 | 147.00 |
| 07/22/2022 | Stephen E. Leach | HF employment application issues. | 0.40 | 570.00 | 228.00 |
| 07/25/2022 | Kristen E. Burgers | Correspondence with S. . Mayson regarding objection to employment applications; correspondence with S. Leach regarding same. | 0.40 | 490.00 | 196.00 |
| 07/26/2022 | Kristen E. Burgers | Telephone conference with M. Albert regarding US Trustee objection to Hirschler application; preparation of Amended Verified Statement in support of Hirschler employment application; correspondence with S. Leach regarding same | 0.60 | 490.00 | 294.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/26/2022 | Stephen E. Leach | Review and edit amended Rule 2014 statement for HF application; review Garcia litigation claims as to Canal View regarding same. | 0.50 | 570.00 | 285.00 |
| 07/29/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding response to Trustee's objection to employment application | 0.50 | 490.00 | 245.00 |
| 07/29/2022 | Stephen E. Leach | Review US Trustee objection to employment of HF as bankruptcy counsel (.6); review status of Canal View regarding same (.6). | 1.20 | 570.00 | 684.00 |
| 07/29/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding US Trustee objection to HF employment and response to same. | 1.10 | 570.00 | 627.00 |
| 08/08/2022 | Kristen E. Burgers | Research case law regarding disinterestedness standard under section 327 and related conflicts of interest issues | 1.50 | 490.00 | 735.00 |
| 08/10/2022 | Kristen E. Burgers | Prepare response to Trustee's Objection to application to employ Hirschler, organizational chart, and amended verified statement (3.1); correspondence with S. Mason regarding same and hearing date (.3). | 3.40 | 490.00 | 1,666.00 |
| 08/12/2022 | Stephen E. Leach | Review and edit reply to US Trustee's objection to debtor's employment of HF. | 2.20 | 570.00 | 1,254.00 |
| 08/12/2022 | Kristen E. Burgers | Finalize and file response to Trustee's Objection to application to employ Hirschler, organizational chart, and amended verified statement (.8); correspondence with S. Leach regarding same (.3); correspondence with A. Matthewes regarding same and hearing date (.2); prepare and file hearing notice (.3); correspondence with N. Dysart regarding service of same (.2) | 1.80 | 490.00 | 882.00 |
| 08/13/2022 | Kristen E. Burgers | Correspondence with S. Mayson regarding response to | 0.10 | 490.00 | 49.00 |

Client: 819D LLC          Invoice Date:      June 07, 2023
Matter: Employment and Compensation Applications     Invoice Num.:      4889132
            Matter Number:      047550.00007

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Trustee's Objection to application to employ Hirschler and hearing regarding same | | | |
| 08/16/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding hearing strategy and related matters | 0.50 | 490.00 | 245.00 |
| 08/17/2022 | Stephen E. Leach | Attend remote combined case status hearing and hearing on debtor's employment of HF. | 1.50 | 570.00 | 855.00 |
| 08/17/2022 | Kristen E. Burgers | Prepare for hearing (1.8); attended hearing (3.0); follow-up correspondence with counsel (.3); telephone conference with A. Rubin regarding hearing and strategy (.2) | 2.50 | 490.00 | 1,225.00 |
| 08/25/2022 | Kristen E. Burgers | Correspondence with S. Mayson regarding order approving Hirschler employment application; revised same | 0.30 | 490.00 | 147.00 |
| 08/26/2022 | Kristen E. Burgers | Correspondence with S. Mayson regarding revised order approving Hirschler employment application; upload same | 0.20 | 490.00 | 98.00 |
| **Total** | | | **24.90** | | **$12,865.00** |



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889133 |
| Matter Number: | 047550.00009 |

---

Client:      819D LLC

Matter:     Claims Analysis and Objections

*For professional services rendered through October 12, 2022*

Currency: USD

Fees                                                                                           196.00

_____

**Total Amount Due**                                                                   **$196.00**

---

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

---

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/30/2022 | Kristen E. Burgers | Review claim filed by the IRS | 0.10 | 490.00 | 49.00 |
| 07/01/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding IRS claim and schedules generally | 0.20 | 490.00 | 98.00 |
| 07/05/2022 | Kristen E. Burgers | Review claim filed by DC Office of Tax Revenue | 0.10 | 490.00 | 49.00 |
| **Total** | | | **0.40** | | **$196.00** |



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889134 |
| Matter Number: | 047550.00010 |

---

Client:        819D LLC

Matter:       Adversary Proceedings and Contested Matters

*For professional services rendered through October 12, 2022*

Currency: USD

| | |
|---|---|
| Fees | 126,978.50 |
| **Total Amount Due** | **$126,978.50** |

---

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

Client: 819D LLC

Matter: Adversary Proceedings and Contested
Matters

Invoice Date: June 07, 2023

Invoice Num.: 4889134

Matter Number: 047550.00010

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/2022 | Stephen E. Leach | Prepare Notice of Removal of K. Garcia Fairfax County Circuit Court complaint to U.S. District Court. | 6.00 | 570.00 | 3,420.00 |
| 06/20/2022 | Kristen E. Burgers | Correspondence with S. Leach regarding notice of removal (.5); review statutory requirements for same (.5); correspondence with M. Crawford, P. Laura, and S. Leach regarding copies of all pleadings in Fairfax County action (.3) | 1.30 | 490.00 | 637.00 |
| 06/21/2022 | Patricia C. Laura | Conducted case searches; pulled docket. | 0.20 | 285.00 | 57.00 |
| 06/21/2022 | Kristen E. Burgers | Correspondence with P. Laura and S. Leach regarding Fairfax County pleadings for notice of removal (.2); correspondence with L. Mills regarding Notice of Removal (.2); correspondence with M. Crawford regarding same (.2); e-mail to defendant counsel group regarding Fairfax Circuit Court pleadings to be filed with complaint (.2) | 0.80 | 490.00 | 392.00 |
| 06/21/2022 | Stephen E. Leach | Prepare notice of removal for Fairfax Circuit Court. | 0.50 | 570.00 | 285.00 |
| 06/22/2022 | Patricia C. Laura | Review docket for third amended complaint pleadings and service information; conducted internet searches for Attorney emails for service. | 0.50 | 285.00 | 142.50 |
| 06/22/2022 | Patricia C. Laura | File Notice of Removal in Fairfax Circuit Court. | 0.70 | 285.00 | 199.50 |
| 06/22/2022 | Kristen E. Burgers | Review and revise Notice of Removal (.4); correspondence with N. Dysart and S. Leach regarding Notice of Removal filings in Fairfax and the Eastern District of Virginia (.7); finalize and file Notice of Removal (.5); e-mail same to defendant group and plaintiff's counsel (.3); follow-up correspondence with counsel | 2.80 | 490.00 | 1,372.00 |

Client: 819D LLC

Matter: Adversary Proceedings and Contested
Matters

Invoice Date: June 07, 2023

Invoice Num.: 4889134

Matter Number: 047550.00010

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | regarding same (.3); review Motion to Stay filed by Plaintiff's counsel in Fairfax (.2); telephone conference with M. Crawford regarding same (.2); correspondence with S. Leach regarding same (.2) | | | |
| 06/22/2022 | Stephen E. Leach | Prepare notice of removal of Garcia action to EDVA. | 3.00 | 570.00 | 1,710.00 |
| 06/22/2022 | Stephen E. Leach | Prepare motion to transfer venue of Garcia action to DC. | 1.00 | 570.00 | 570.00 |
| 06/22/2022 | Stephen E. Leach | Review Garcia motion to stay Fairfax action and follow-on email with Fairfax court staff and K. Burgers regarding same. | 0.30 | 570.00 | 171.00 |
| 06/23/2022 | Kristen E. Burgers | Review e-mails regarding status conference at Fairfax County Circuit Court (.2); review proposed order as to Garcia's Motion to Stay (.1); telephone conference with C. Glaser (.2); e-mail to A. Rubin regarding same and Defendant consent (.2); telephone conference with A. Rubin regarding same (.1); review letter from B. Benes with settlement offer (.1); correspondence with counsel group and A. Rubin regarding same (.1); telephone conference with S. Leach regarding same and issues related to removal and venue transfer (.6); correspondence with A. Laughlin regarding prior settlement discussions (.2) | 1.80 | 490.00 | 882.00 |
| 06/23/2022 | Stephen E. Leach | Legal research regarding motion to transfer venue of Garcia action and draft same. | 3.20 | 570.00 | 1,824.00 |
| 06/23/2022 | Stephen E. Leach | Email with A. Rubin regarding removal issues and response of other defendants to Garcia action. | 0.20 | 570.00 | 114.00 |
| 06/23/2022 | Stephen E. Leach | Review Fairfax Circuit Court order staying Garcia action and review Garcia settlement | 0.30 | 570.00 | 171.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | proposal. | | | |
| 06/23/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding removal and transfer of venue issues and settlement discussions with Garcia. | 0.60 | 570.00 | 342.00 |
| 06/24/2022 | Kristen E. Burgers | Review correspondence from C. Glaser regarding deadlines to file answers in removed action; research same | 0.50 | 490.00 | 245.00 |
| 06/24/2022 | Kristen E. Burgers | Review cases on venue transfer; correspondence with S. Leach regarding same | 0.50 | 490.00 | 245.00 |
| 06/24/2022 | Kristen E. Burgers | E-mail to A. Rubin regarding settlement strategy | 0.20 | 490.00 | 98.00 |
| 06/24/2022 | Stephen E. Leach | Research regarding section 544(b) and 548 avoidance actions are property of the estate and who has standing to pursue. | 0.50 | 570.00 | 285.00 |
| 06/24/2022 | Stephen E. Leach | Draft motion to transfer Garcia action to DC bankruptcy court. | 4.00 | 570.00 | 2,280.00 |
| 06/25/2022 | Stephen E. Leach | Prepare motion and memorandum to transfer Garcia action to DC. | 3.00 | 570.00 | 1,710.00 |
| 06/26/2022 | Stephen E. Leach | Prepare motion and memorandum to transfer Garcia action to DC. | 4.00 | 570.00 | 2,280.00 |
| 06/27/2022 | Kristen E. Burgers | Review Motion to Transfer Venue (.5); correspondence with S. Leach regarding same (.2) | 0.70 | 490.00 | 343.00 |
| 06/27/2022 | Stephen E. Leach | Prepare memorandum in support of motion to transfer venue to DC. | 4.50 | 570.00 | 2,565.00 |
| 06/27/2022 | Kristen E. Burgers | Review cases on venue transfer (1.0); correspondence with S. Leach regarding same (.1) | 1.10 | 490.00 | 539.00 |
| 06/28/2022 | Kristen E. Burgers | Telephone conference with A. Laughlin and S. Leach regarding Fairfax litigation (.9); follow-up telephone conferences with S. Leach regarding motion to transfer venue and related issues (.5) | 1.40 | 490.00 | 686.00 |

Client: 819D LLC
Matter: Adversary Proceedings and Contested
Matters

Invoice Date: June 07, 2023
Invoice Num.: 4889134
Matter Number: 047550.00010

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/28/2022 | Kristen E. Burgers | Research Alexandria Local Rules (.2); correspondence with S. Leach regarding same (.2); voicemail message for and e-mail to B. Benes regarding meet and confer (.3) | 0.70 | 490.00 | 343.00 |
| 06/28/2022 | Kristen E. Burgers | Review and revise motion to transfer venue and memo in support (1.0); prepare final exhibits (.6) | 1.60 | 490.00 | 784.00 |
| 06/28/2022 | Stephen E. Leach | Legal research regarding removal of claims against co-defendants in Fairfax action. | 0.50 | 570.00 | 285.00 |
| 06/28/2022 | Stephen E. Leach | Email correspondence with M. Crawford regarding automatic stay as to 819D and other Fairfax defendants. | 0.20 | 570.00 | 114.00 |
| 06/28/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding automatic stay and further pleading issues in removed Fairfax action. | 0.40 | 570.00 | 228.00 |
| 06/29/2022 | Kristen E. Burgers | Meet and confer with B. Benes, M. Albert and T. Ohm (.4); follow-up telephone conference with S. Leach (.3); correspondence with S. Leach and N. Dysart regarding service for motion to transfer venue (.3); finalize and file motion to transfer venue, memorandum in support, exhibits, and hearing notice (.8); e-mail to Defendant counsel group regarding same and next steps (.3); e-mail to B. Benes, M. Albert, and T. Ohm regarding motion to transfer venue (.2); telephone conference with A. Rubin regarding same and case status generally (.3) | 2.60 | 490.00 | 1,274.00 |
| 06/29/2022 | Stephen E. Leach | Review three motions to dismiss the Fairfax case filed by 14 defendants (.3); research re same (.7). | 1.00 | 570.00 | 570.00 |
| 06/29/2022 | Stephen E. Leach | Telephone conference with K. Burgers re removal and venue | 0.30 | 570.00 | 171.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | issues regarding Fairfax case and Garcia case in DC. | | | |
| 06/29/2022 | Stephen E. Leach | Telephone conference with M. Albert, B. Benes, and K. Burgers regarding motion to transfer venue of Fairfax case. | 0.40 | 570.00 | 228.00 |
| 06/30/2022 | Patricia C. Laura | Created sharefile link for Motion to Transfer Venue with Exhibits. | 0.10 | 285.00 | 28.50 |
| 06/30/2022 | Kristen E. Burgers | Research on-line docket for Condominium Unit Owners action in DC; correspondence with S. Leach regarding same and strategy generally | 0.30 | 490.00 | 147.00 |
| 06/30/2022 | Kristen E. Burgers | Prepare draft Consent to Removal and Transfer of Venue | 0.80 | 490.00 | 392.00 |
| 06/30/2022 | Stephen E. Leach | Review Sanctuary HOA and Garcia lawsuits in DC Superior Court re removal issues (.5); research re same (.5). | 1.00 | 570.00 | 570.00 |
| 07/01/2022 | Stephen E. Leach | Review draft co-defendant consents to removal and transfer of Fairfax action; review defendant consents as filed; email with K. Burgers regarding same. | 0.40 | 570.00 | 228.00 |
| 07/01/2022 | Stephen E. Leach | Review Garcia DC complaints and court order dismissing claims and parties regarding need for removal. | 0.50 | 570.00 | 285.00 |
| 07/01/2022 | Stephen E. Leach | Review Fairfax action filings regarding arbitration and defenses. | 0.40 | 570.00 | 228.00 |
| 07/01/2022 | Kristen E. Burgers | Correspondence with S. Leach regarding consent to venue transfer motion (.2); e-mail same to counsel for the co-defendants in the removed action (.1); correspondence with counsel regarding same (.2); correspondence with A. Rubin regarding same (.1); telephone conference with M. Crawford regarding next steps in removal/venue transfer (.3) | 0.90 | 490.00 | 441.00 |
| 07/03/2022 | Stephen E. Leach | Review Garcia DC case filings | 1.00 | 570.00 | 570.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | and status regarding removal issues and interplay with Fairfax action. | | | |
| 07/05/2022 | Stephen E. Leach | Prepare Notice of Removal of Garcia Superior Court action. | 2.50 | 570.00 | 1,425.00 |
| 07/05/2022 | Stephen E. Leach | Review additional co-defendant consents to removal and transfer of Garcia Fairfax action. | 0.20 | 570.00 | 114.00 |
| 07/05/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding removal and ultimate resolution of Garcia DC action and issues and options as to resolution of Fairfax action post-transfer. | 0.80 | 570.00 | 456.00 |
| 07/05/2022 | Stephen E. Leach | Prepare notice to DC Superior Court of removal of Garcia action; review DC action docket regarding pleadings and process for notice of removal. | 0.30 | 570.00 | 171.00 |
| 07/05/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding removal of DC Superior Court action, overall strategy, and related matters | 0.50 | 490.00 | 245.00 |
| 07/06/2022 | Stephen E. Leach | Review K. Garcia notice of non-consent to final orders in the removed action. | 0.10 | 570.00 | 57.00 |
| 07/06/2022 | Kristen E. Burgers | Review consents to transfer venue filed in the removed action; review Rule 9027 statement filed by Garcia; e-mail to A. Rubin regarding same | 0.40 | 490.00 | 196.00 |
| 07/07/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding removal and counsel retention issues and next steps. | 1.00 | 570.00 | 570.00 |
| 07/07/2022 | Kristen E. Burgers | Correspondence with A. Rubin regarding Garcia Rule 9027 statement | 0.20 | 490.00 | 98.00 |
| 07/12/2022 | Kristen E. Burgers | Review order staying DC Superior Court case; e-mail to S. Leach regarding same | 0.20 | 490.00 | 98.00 |
| 07/13/2022 | Stephen E. Leach | Review DC Court of Appeals Order staying Garcia appeal; email with K. Burgers | 0.40 | 570.00 | 228.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | regarding removal of case to the bankruptcy court. | | | |
| 07/13/2022 | Stephen E. Leach | Review Garcia opposition to motion to dismiss in the removed EDVA action. | 0.40 | 570.00 | 228.00 |
| 07/13/2022 | Kristen E. Burgers | Review opposition to motion to dismiss filed by Garcia in the District Court | 0.50 | 490.00 | 245.00 |
| 07/14/2022 | Stephen E. Leach | Review EDVA court order transferring removed Fairfax action to DDC. | 0.20 | 570.00 | 114.00 |
| 07/14/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding settlement, removal and lift-stay issues as to Garcia lawsuits. | 0.70 | 570.00 | 399.00 |
| 07/14/2022 | Kristen E. Burgers | Telephone conference with M. Albert regarding Fairfax County action and related matters (.5); review order transferring venue (.1); correspondence with A. Rubin regarding same and responses to motions to dismiss (.2); telephone conference with S. Leach regarding same and strategy (.7) | 1.50 | 490.00 | 735.00 |
| 07/22/2022 | Kristen E. Burgers | Telephone conference with M. Albert regarding settlement discussions (.2); telephone conference with S. Leach regarding strategy and related matters (.8); telephone conference with B. Peoples regarding insurance coverage for DC Superior Court action (.2); review motion for remand (.5); correspondence with A. Rubin regarding same (.1) | 1.80 | 490.00 | 882.00 |
| 07/22/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding removal of Superior Court actions versus 819D. | 0.40 | 570.00 | 228.00 |
| 07/24/2022 | Stephen E. Leach | Review Garcia motion for remand of Fairfax action (.5); email with K. Burgers regarding same (.2). | 0.70 | 570.00 | 399.00 |
| 07/25/2022 | Stephen E. Leach | Review Garcia motion for relief | 0.30 | 570.00 | 171.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | from automatic stay as to Fairfax action. | | | |
| 07/25/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding issues and response to Garcia remand and lift-stay motions. | 0.50 | 570.00 | 285.00 |
| 07/25/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding motion to remand (.5); correspondence with S. Leach regarding motion for relief from stay (.1); correspondence with A. Rubin regarding same (.2) | 0.80 | 490.00 | 392.00 |
| 07/26/2022 | Kristen E. Burgers | Teams meeting with L. Mills regarding response to motion to remand and related matters (.6); correspondence with Ms. Ohm regarding extension of deadline to respond to remand motion (.2); correspondence with S. Leach regarding same (.1); conferences with N. Dysart regarding preparation of materials related to response to remand motion (.3) | 1.20 | 490.00 | 588.00 |
| 07/28/2022 | Kristen E. Burgers | Correspondence with N. Dysart and S. Leach regarding removal of Superior Court action | 0.30 | 490.00 | 147.00 |
| 07/28/2022 | Stephen E. Leach | Review the "Eleven" Defendants' opposition to Garcia motion to dismiss; confer with K. Burgers regarding removal of Garcia Superior Court action. | 0.30 | 570.00 | 171.00 |
| 07/29/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding Garcia matters, including remand, lift stay, and removal of DC Superior Court action | 0.50 | 490.00 | 245.00 |
| 08/01/2022 | Stephen E. Leach | Review Garcia Fairfax Complaint regarding claims versus Canal View and status of CV as contingent creditor. | 0.70 | 570.00 | 399.00 |
| 08/01/2022 | Stephen E. Leach | Review Garcia motion to dismiss the bankruptcy case. | 0.30 | 570.00 | 171.00 |
| 08/03/2022 | Kristen E. Burgers | Correspondence with C. | 0.20 | 490.00 | 98.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Glaser and A. Rubin regarding response to remand motion and motion to dismiss | | | |
| 08/04/2022 | Kristen E. Burgers | Correspondence with C. Glaser regarding response to pending motions and pro hac application filed by B. Bethunes | 0.20 | 490.00 | 98.00 |
| 08/09/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding responses to remand and lift stay motions (.6); review, finalize and file Notice of Removal and all attachments of Garcia DC Superior Court case to the Bankruptcy Court (2.1); review, finalize, and file Notice of Removal of Garcia DC Superior Court Case in the Superior Court (.5); e-mail to counsel for the defendants regarding same (.2); e-mail to B. Peoples regarding same (.1); correspondence with T. Ohm regarding procedure for contested matters (.1) | 3.60 | 490.00 | 1,764.00 |
| 08/09/2022 | Stephen E. Leach | Prepare opposition to Garcia motion for remand and/or abstention as to Fairfax Action; review opposition to same filed by the 11 Defendants group. | 2.50 | 570.00 | 1,425.00 |
| 08/10/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding objection to motion to remand (.5); review draft of same (.3); review lift stay motion (.3); prepare response (.5) | 1.60 | 490.00 | 784.00 |
| 08/10/2022 | Stephen E. Leach | Prepare opposition to Garcia motion for remand and/or abstention. | 4.00 | 570.00 | 2,280.00 |
| 08/11/2022 | Kristen E. Burgers | Telephone conferences with and e-mails to/from S. Leach regarding objection to motion to remand and objection to lift stay motion (.7); prepare response to lift stay motion (3.7); finalize and file lift stay motion (.3); correspondence | 5.40 | 490.00 | 2,646.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | with defendants' counsel regarding same and strategy (.3); correspondence with A. Rubin regarding same and strategy (.2); correspondence with T. Ohm regarding scheduling (.2) | | | |
| 08/11/2022 | Stephen E. Leach | Prepare opposition to motion for remand and/or abstention. | 4.50 | 570.00 | 2,565.00 |
| 08/11/2022 | Stephen E. Leach | Review and edit opposition to Garcia motion for relief from automatic stay as to removed Fairfax action. | 1.00 | 570.00 | 570.00 |
| 08/11/2022 | Stephen E. Leach | Review and edit reply to US Trustee's objection to debtor's employment of HF. | 1.50 | 570.00 | 855.00 |
| 08/12/2022 | Stephen E. Leach | Review Garcia motion to dismiss chapter 11 case; legal research regarding same. | 0.50 | 570.00 | 285.00 |
| 08/12/2022 | Kristen E. Burgers | Telephone conference with T. Ohm regarding scheduling matters (.2); telephone conference with C. Glaser regarding status conference (.1) | 0.30 | 490.00 | 147.00 |
| 08/14/2022 | Stephen E. Leach | Prepare opposition to Garcia's motion to dismiss chapter 11 case. | 3.50 | 570.00 | 1,995.00 |
| 08/15/2022 | Kristen E. Burgers | Conference with S. Leach regarding motion to dismiss and related issues (.8); correspondence with L. Mills regarding status conference (.2) | 1.00 | 490.00 | 490.00 |
| 08/15/2022 | Stephen E. Leach | Confer with K. Burgers regarding status hearing issues and review disposition of fraudulent transfer claims. | 0.80 | 570.00 | 456.00 |
| 08/16/2022 | Kristen E. Burgers | Conference with S. Leach regarding hearing; correspondence with L. Mills regarding same; correspondence with N. Dysart regarding preparation of hearing materials | 0.50 | 490.00 | 245.00 |
| 08/16/2022 | Stephen E. Leach | Prepare opposition to Garcia's motion to dismiss case. | 3.00 | 570.00 | 1,710.00 |

Client: 819D LLC

Matter: Adversary Proceedings and Contested
Matters

Invoice Date:      June 07, 2023

Invoice Num.:      4889134

Matter Number:      047550.00010

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/16/2022 | Stephen E. Leach | Review Garcia reply to opposition of 11 Defendants to remand of Fairfax Action. | 0.40 | 570.00 | 228.00 |
| 08/17/2022 | Kristen E. Burgers | Prepare for hearing (1.8); attended hearing (3.0); follow-up correspondence with counsel (.3); telephone conference with A. Rubin regarding hearing and strategy (.2) | 2.50 | 490.00 | 1,225.00 |
| 08/17/2022 | Kristen E. Burgers | Review warranty claim filed by Garcia | 0.30 | 490.00 | 147.00 |
| 08/17/2022 | Stephen E. Leach | Prepare for case and adversary status hearing; confer with K. Burgers regarding same. | 0.50 | 570.00 | 285.00 |
| 08/17/2022 | Stephen E. Leach | Attend remote combined case status hearing and hearing on debtor's employment of HF. | 1.50 | 570.00 | 855.00 |
| 08/17/2022 | Stephen E. Leach | Review Garcia's reply to 819D opposition to remand of Fairfax Action. | 0.40 | 570.00 | 228.00 |
| 08/17/2022 | Stephen E. Leach | Prepare opposition to Garcia motion to dismiss case. | 1.50 | 570.00 | 855.00 |
| 08/18/2022 | Stephen E. Leach | Prepare opposition to Garcia motion to dismiss case. | 3.70 | 570.00 | 2,109.00 |
| 08/19/2022 | Kristen E. Burgers | Review draft opposition to motion to dismiss (1.1); correspondence with S. Leach regarding same (.3) | 1.40 | 490.00 | 686.00 |
| 08/19/2022 | Stephen E. Leach | Prepare opposition to Garcia motion to dismiss. | 4.20 | 570.00 | 2,394.00 |
| 08/20/2022 | Stephen E. Leach | Prepare opposition to Garcia motion to dismiss. | 4.00 | 570.00 | 2,280.00 |
| 08/21/2022 | Stephen E. Leach | Prepare opposition to Garcia motion to dismiss. | 3.20 | 570.00 | 1,824.00 |
| 08/22/2022 | Stephen E. Leach | Prepare opposition to Garcia motion to dismiss. | 2.00 | 570.00 | 1,140.00 |
| 08/22/2022 | Kristen E. Burgers | Review draft opposition to motion to dismiss (.7); research citations for same (.7); finalize and file same (.3); correspondence with S. Leach regarding same (.3); correspondence with L. Mills and C. Glaser regarding same | 2.30 | 490.00 | 1,127.00 |

| Date | Name | Description | Hours | Rate | Amour |
|------|------|-------------|-------|------|-------|
| | | (.2); correspondence with A. Rubin regarding same (.1) | | | |
| 08/23/2022 | Stephen E. Leach | Review joinder of the 11 Defendants, Canal View and A. Rubin to opposition to Garcia motion to dismiss. | 0.20 | 570.00 | 114.0 |
| 08/23/2022 | Stephen E. Leach | Review Fairfax Action record regarding potential disposition options as to fraudulent transfer claims. | 1.00 | 570.00 | 570.0 |
| 08/23/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding case issues going forward including resolution of DC Action and Fairfax Action and Sanctuary claims. | 1.50 | 570.00 | 855.00 |
| 08/23/2022 | Stephen E. Leach | Review DC Action record regarding option for resolving Garcia warranty and other claims. | 0.40 | 570.00 | 228.00 |
| 08/23/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding strategy with respect to contested matters (1.4); correspondence with counsel in Adv. Proc. No. 22-00110 regarding upcoming Rule 9027 deadlines (.3) | 1.70 | 490.00 | 833.00 |
| 08/23/2022 | Kristen E. Burgers | Correspondence with B. Bunn regarding the Sanctuary's claims | 0.20 | 490.00 | 98.00 |
| 08/23/2022 | Kristen E. Burgers | Telephone conference with D. McKinley regarding adversary proceeding status and pending motions | 0.20 | 490.00 | 98.00 |
| 08/24/2022 | Stephen E. Leach | Review DC Action docket filings regarding arbitration issues and prospective motion to reactivate the arbitration appeal and the arbitration itself. | 3.00 | 570.00 | 1,710.00 |
| 08/24/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding DC Action issues and options. | 0.40 | 570.00 | 228.00 |
| 08/24/2022 | Kristen E. Burgers | Telephone conference with S. Leach regarding strategy for Superior Court action | 0.40 | 490.00 | 196.00 |
| 08/24/2022 | Kristen E. Burgers | Review responses filed in | 0.60 | 490.00 | 294.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | removed DC Superior Court action; correspondence with A. Rubin regarding same; telephone conference with S. Leach regarding same | | | |
| 08/25/2022 | Stephen E. Leach | Legal research regarding enforcement of DC arbitration order in the bankruptcy case. | 1.50 | 570.00 | 855.00 |
| 08/25/2022 | Kristen E. Burgers | Review Garcia deposition transcript | 1.00 | 490.00 | 490.00 |
| 08/26/2022 | Stephen E. Leach | Conference call with A. Rubin and K. Burgers regarding resumption of DC Action arbitration and options for moving the case forward. | 1.10 | 570.00 | 627.00 |
| 08/26/2022 | Stephen E. Leach | Review Fairfax Action and DC Action filings regarding activation and scope of arbitration, including efforts to arbitrate the Fairfax Action issues. | 0.70 | 570.00 | 399.00 |
| 08/26/2022 | Kristen E. Burgers | Telephone conference with A. Rubin and S. Leach regarding case strategy and removed actions | 1.10 | 490.00 | 539.00 |
| 08/29/2022 | Stephen E. Leach | Review District Action filings and docket regarding resumption of that case. | 1.00 | 570.00 | 570.00 |
| 08/29/2022 | Stephen E. Leach | Review Garcia reply to debtor's opposition to Garcia's motion to dismiss. | 0.40 | 570.00 | 228.00 |
| 08/30/2022 | Kristen E. Burgers | Review correspondence from A. Rubin regarding direction as to 11 defendants in Fairfax adversary | 0.10 | 490.00 | 49.00 |
| 08/30/2022 | Stephen E. Leach | Prepare motion to lift stay and resume District Action. | 0.50 | 570.00 | 285.00 |
| 08/31/2022 | Kristen E. Burgers | Zoom conference with S. Leach and B. Peoples regarding Superior Court action and strategies with respect thereto | 0.60 | 490.00 | 294.00 |
| 08/31/2022 | Kristen E. Burgers | Telephone conference with A. Rubin regarding status of contested matters generally | 0.50 | 490.00 | 245.00 |
| 08/31/2022 | Stephen E. Leach | Prepare motion to lift stay and resume District Action. | 1.00 | 570.00 | 570.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/31/2022 | Stephen E. Leach | Telephone conference with B. Peoples regarding issues as to resumption of District Action. | 0.70 | 570.00 | 399.00 |
| 09/01/2022 | Stephen E. Leach | Prepare motion to lift automatic stay as to DC Action. | 4.00 | 570.00 | 2,280.00 |
| 09/02/2022 | Stephen E. Leach | Prepare motion to lift automatic stay as to DC Action. | 4.00 | 570.00 | 2,280.00 |
| 09/03/2022 | Stephen E. Leach | Prepare motion to lift automatic stay as to DC Action. | 2.00 | 570.00 | 1,140.00 |
| 09/04/2022 | Stephen E. Leach | Prepare motion to lift automatic stay as to DC Action. | 3.00 | 570.00 | 1,710.00 |
| 09/05/2022 | Stephen E. Leach | Prepare motion to lift automatic stay as to DC Action. | 5.00 | 570.00 | 2,850.00 |
| 09/05/2022 | Kristen E. Burgers | Correspondence with S. Leach regarding removal of Sanctuary lawsuit; research deadline to remove actions; correspondence with B. Peoples regarding removal of Sanctuary suit | 0.40 | 490.00 | 196.00 |
| 09/06/2022 | Stephen E. Leach | Prepare motion to lift automatic stay as to DC Action. | 4.50 | 570.00 | 2,565.00 |
| 09/06/2022 | Stephen E. Leach | Email and telephone conference with C. Peoples regarding lift-stay motion issues as to DC Action. | 0.30 | 570.00 | 171.00 |
| 09/06/2022 | Kristen E. Burgers | Review and provide comments to motion to lift stay and memorandum in support (.7); correspondence with S. Leach regarding motion to lift stay, service lists, and related matters (.4) | 1.10 | 490.00 | 539.00 |
| 09/07/2022 | Stephen E. Leach | Prepare and file lift-stay motion papers regarding DC Action. | 3.00 | 570.00 | 1,710.00 |
| 09/12/2022 | Kristen E. Burgers | Correspondence with B. Bunn and S. McGraw regarding removal of Sanctuary Superior Court litigation | 0.30 | 490.00 | 147.00 |
| 09/13/2022 | Stephen E. Leach | Prepare notice of removal of Sanctuary Association v. 819D LLC action in DC Superior Court. | 1.70 | 570.00 | 969.00 |
| 09/13/2022 | Stephen E. Leach | Email with K. Burgers regarding issues as to removal of Sanctuary Association | 0.20 | 570.00 | 114.00 |

Client: 819D LLC

Matter: Adversary Proceedings and Contested
Matters

Invoice Date: June 07, 2023

Invoice Num.: 4889134

Matter Number: 047550.00010

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | action. | | | |
| 09/13/2022 | Kristen E. Burgers | Revise letter to the U.S. District Court regarding refund of filing fee | 0.30 | 490.00 | 147.00 |
| 09/14/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding removal of Sanctuary Action and notice of hearing on debtor's lift-stay motion in the DC Action. | 0.20 | 570.00 | 114.00 |
| 09/14/2022 | Kristen E. Burgers | Correspondence with B. Barnum regarding removal of Sanctuary Owners' DC Superior Court case; correspondence with A. Rubin regarding same | 0.20 | 490.00 | 98.00 |
| 09/14/2022 | Kristen E. Burgers | Review denial of insurance coverage from Erie under the Potomac Construction Group policy; e-mail to B. Peoples regarding same | 0.30 | 490.00 | 147.00 |
| 09/15/2022 | Kristen E. Burgers | Review, revise, and finalize Notice of Removal of the DC Superior Court Sanctuary Unit Owners Association action in the Bankruptcy Court | 1.40 | 490.00 | 686.00 |
| 09/15/2022 | Kristen E. Burgers | Correspondence with A. Matthewes regarding hearing date for lift stay motion; prepare amended hearing notice; correspondence with S. Leach regarding same | 0.50 | 490.00 | 245.00 |
| 09/15/2022 | Kristen E. Burgers | Telephone conference with M. Albert regarding status generally and settlement | 0.20 | 490.00 | 98.00 |
| 09/16/2022 | Kristen E. Burgers | Correspondence with A. Matthewes regarding re-noticing of hearing on lift stay motion; finalize and file same | 0.50 | 490.00 | 245.00 |
| 09/16/2022 | Kristen E. Burgers | File Notice of Removal of the DC Superior Court Sanctuary Unit Owners Association action in the Bankruptcy Court; file Notice of Removal of same in the DC Superior Court; correspondence with N. Dysart regarding service of same | 0.70 | 490.00 | 343.00 |
| 09/17/2022 | Kristen E. Burgers | Correspondence with B. | 0.20 | 490.00 | 98.00 |

Client: 819D LLC

Matter: Adversary Proceedings and Contested
Matters

Invoice Date:      June 07, 2023

Invoice Num.:      4889134

Matter Number:      047550.00010

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Peoples regarding denial of insurance coverage from Erie under the Potomac Construction Group policy | | | |
| 09/19/2022 | Stephen E. Leach | Review K. Garcia motions for remand and relief from stay as to DC action; email with K. Burgers regarding same; conference with K. Burgers regarding same. | 0.70 | 570.00 | 399.00 |
| 09/21/2022 | Stephen E. Leach | Conference with K. Burgers regarding jurisdiction, removal and lift-stay issues as to K. Garcia actions and response to motion to dismiss case. | 1.50 | 570.00 | 855.00 |
| 09/21/2022 | Kristen E. Burgers | Conference with S. Leach regarding options and strategy for Garcia warranty claim and remaining claims | 1.20 | 490.00 | 588.00 |
| 09/26/2022 | Kristen E. Burgers | Telephone conference with L. Mills regarding upcoming response deadlines and hearings | 0.20 | 490.00 | 98.00 |
| 09/28/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding opposition to K. Garcia motion for remand of DC Action. | 0.50 | 570.00 | 285.00 |
| 09/28/2022 | Stephen E. Leach | Review 11 Defendants respo;nse to 819D's lift-stay motion as to DC Action claims. | 0.20 | 570.00 | 114.00 |
| 09/28/2022 | Kristen E. Burgers | Review response to motion for relief from stay from L. Samik (.2); telephone conference with S. Leach regarding case strategy (.6) | 0.80 | 490.00 | 392.00 |
| 09/28/2022 | Kristen E. Burgers | Correspondence with J. Bradley regarding documents from J. Andrawos | 0.20 | 490.00 | 98.00 |
| 09/29/2022 | Stephen E. Leach | Prepare opposition/response to K. Garcia motion for remand of DC Action. | 3.00 | 570.00 | 1,710.00 |
| 09/30/2022 | Stephen E. Leach | Prepare opposition/response to K. Garcia motion for remand of DC Action. | 2.80 | 570.00 | 1,596.00 |
| 10/03/2022 | Kristen E. Burgers | Review subpoena; telephone conference with M. Crawford regarding same; review e-mail | 0.40 | 490.00 | 196.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | from T. Ohm | | | |
| 10/03/2022 | Stephen E. Leach | Prepare response/opposition to Garcia motion for remand of DC Action. | 3.00 | 570.00 | 1,710.00 |
| 10/04/2022 | Kristen E. Burgers | Review and revise Opposition to Motion to Remand (.8); correspondence with S. Leach regarding same and hearing on motion to dismiss (.2); correspondence with N. Dysart regarding service lists and exhibits for Opposition (.2); correspondence with T. Lanney regarding disposition of DC warranty claim (.2); correspondence with S. Leach regarding same (.2) | 1.60 | 490.00 | 784.00 |
| 10/04/2022 | Stephen E. Leach | Prepare response/opposition to Garcia motion for remand of DC Action. | 1.00 | 570.00 | 570.00 |
| 10/04/2022 | Stephen E. Leach | Multiple emails with K. Burgers regarding Garcia DC Government warranty claim and warranty LOC and impending hearing issues. | 0.40 | 570.00 | 228.00 |
| 10/05/2022 | Kristen E. Burgers | Finalize and file Opposition to Motion to Remand (.3); correspondence with N. Dysart regarding same (.1); review exhibit list and witness list filed by Garcia (.3); telephone conference with S. Leach regarding hearing on motion to dismiss and related matters (.7); telephone conference with S. Leach and C. Glaser regarding same (.5); review limited objection to lift stay motion (.3); e-mail to A. Rubin regarding recent filings, hearing preparation, and status generally (.3); e-mail to Ms. Ohm regarding Crawford invoices and insurance policies (.2) | 2.70 | 490.00 | 1,323.00 |
| 10/05/2022 | Stephen E. Leach | Conference call with K. Burgers and C. Glaser regarding motion to dismiss | 0.80 | 570.00 | 456.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | hearing and case status. | | | |
| 10/05/2022 | Stephen E. Leach | Review Garcia exhibits for hearing on motion to dismiss; email with K. Burgers regarding same. | 0.40 | 570.00 | 228.00 |
| 10/06/2022 | Kristen E. Burgers | Review Garcia's exhibits and witness lists | 0.20 | 490.00 | 98.00 |
| 10/07/2022 | Kristen E. Burgers | Telephone conference with L. Mills regarding hearing; telephone conference with A. Rubin regarding hearing and other matters | 0.40 | 490.00 | 196.00 |
| 10/08/2022 | Stephen E. Leach | Confer with K. Burgers regarding motion to dismiss issues and preparation. | 0.20 | 570.00 | 114.00 |
| 10/09/2022 | Stephen E. Leach | Prepare for witness examinations at hearing on Garcia's motion to dismiss. | 1.00 | 570.00 | 570.00 |
| 10/10/2022 | Stephen E. Leach | Review Garcia motion to dismiss and motions for remand/relief from stay regarding hearings on same. | 1.50 | 570.00 | 855.00 |
| 10/10/2022 | Kristen E. Burgers | Telephone conferences with A. Rubin regarding hearing on motion to dismiss and related issues (.4); telephone conference with L. Mills regarding same (.3); correspondence with S. Leach regarding hearing preparation (.3) | 1.00 | 490.00 | 490.00 |
| 10/10/2022 | Kristen E. Burgers | Review draft direct examination questions for A. Rubin for hearing on motion to dismiss | 0.50 | 490.00 | 245.00 |
| 10/11/2022 | Stephen E. Leach | Conference with A. Rubin and K. Burgers regarding case status and options and preparation for hearing on motion to dismiss. | 3.00 | 570.00 | 1,710.00 |
| 10/11/2022 | Stephen E. Leach | Follow-on phone call with K. Burgers regarding possible case conversion and motion to dismiss issues. | 0.30 | 570.00 | 171.00 |
| 10/11/2022 | Stephen E. Leach | Prepare for witness examinations at hearing on motion to dismiss. | 0.50 | 570.00 | 285.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/11/2022 | Kristen E. Burgers | Meeting with S. Leach and A. Rubin regarding preparation for hearing on motion to dismiss | 1.50 | 490.00 | 735.00 |
| 10/11/2022 | Kristen E. Burgers | Preparation for hearing on motion to dismiss | 3.50 | 490.00 | 1,715.00 |
| 10/12/2022 | Stephen E. Leach | Prepare for and attend hearing on motion to dismiss. | 3.00 | 570.00 | 1,710.00 |
| 10/12/2022 | Stephen E. Leach | Conference with A. Rubin and K. Burgers regarding case conversion issues and implications. | 0.70 | 570.00 | 399.00 |
| 10/12/2022 | Stephen E. Leach | Telephone conference with B. Ross, nominated chapter 7 trustee, and J. Fasano regarding case background and status and next steps. | 0.80 | 570.00 | 456.00 |
| 10/12/2022 | Stephen E. Leach | Telephone conference with K. Burgers regarding chapter 7 conversion issues and wind-up of chapter 11 estate. | 0.30 | 570.00 | 171.00 |
| 10/12/2022 | Kristen E. Burgers | Preparation for hearing on motion to dismiss | 1.10 | 490.00 | 539.00 |
| 10/12/2022 | Kristen E. Burgers | Travel time to/from Dc Bankruptcy Court for hearing on motion to dismiss | 1.30 | 490.00 | 637.00 |
| 10/12/2022 | Kristen E. Burgers | Attend hearing on motion to dismiss/voluntary conversion to chapter 7 | 0.50 | 490.00 | 245.00 |
| 10/12/2022 | Kristen E. Burgers | Telephone conferences and correspondence with A. Rubin regarding hearing on motion to dismiss, strategy, and options | 1.30 | 490.00 | 637.00 |
| **Total** | | | **234.20** | | **$126,978.50** |

# EXHIBIT B



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

819D LLC
1423 Sharps Point Road
Annapolis, MD 21409

| | |
|---|---|
| Invoice Date: | June 07, 2023 |
| Invoice Num.: | 4889135 |
| Matter Number: | 047550.00012 |

Client:       819D LLC

Matter:     Costs

*For professional services rendered through October 12, 2022*

Currency: USD

| | |
|---|---|
| Costs | 1,501.58 |
| **Total Amount Due** | **$1,501.58** |

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Please enclose this remittance page, or write the invoice or matter number on your check

**TO WIRE FUNDS OR PAY ELECTRONICALLY VIA ACH CREDIT:**
For Wire Instructions or ACH instructions, please contact the Accounting Department
at 804-775-5888 or
accounting@hirschlerlaw.com

**Cost Summary**

| Description | Amount |
|---|---:|
| Filing Fees | 1,333.52 |
| Research Fees for Case Report | 30.00 |
| Postage | 129.42 |
| Travel Expenses | 8.64 |
| **Total** | **$1,501.58** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Case No. 22-00101-ELG |
| 819D LLC, | ) | |
| | ) | (Converted to Chapter 7) |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION
OF HIRSCHLER FLEISCHER, AS BANKRUPTCY COUNSEL TO THE FORMER
CHAPTER 11 DEBTOR IN POSSESSION, FOR ALLOWANCE AND
AUTHORIZATION OF PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

UPON CONSIDERATION of the first and final application (the "**Application**") of

Hirschler Fleischer ("**HF**") for allowance and authorization of payment of compensation and

_____

Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
fax: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschlerlaw.com

*Former Chapter 11 Counsel to 819D LLC*

reimbursement of expenses on a final basis for services provided as bankruptcy counsel to 819D

LLC, as the former chapter 11 debtor in possession (the "**Debtor**"), as set forth in the

Application; and due and proper notice of the Application having been provided as set forth in

the Application; and the Court finding that no other or further notice need be provided; and it

appearing to the Court, for the reasons stated in the Application, that the Application is proper

and that the requested compensation should be allowed; and no objections having been filed; and

after due deliberation and finding good cause, it is, by the United States Bankruptcy Court for the

District of Columbia:

ORDERED, that the Application is approved; and it is further

ORDERED, that legal fees of HF, as counsel for the Debtor, in the amount of

$156,429.50, pursuant to the Application should be, and the same hereby are, ALLOWED AND

APPROVED, on a final basis as an administrative expense of the estate, said amounts being

allowed compensation for services rendered for the period from June 19, 2022 through October

12, 2022; and it is further

ORDERED, that reimbursement of HF's reasonable, necessary expenses in the amount of

$1,501.58 are hereby ALLOWED AND APPROVED, on a final basis, as an administrative

expense of the estate, said amount being the reasonable, necessary expenses incurred by HF

incident to its representation of the Debtor for the period from June 19, 2022 through October

12, 2022; and it is further

ORDERED, that HF is authorized to apply the pre-petition retainer it is holding in the

amount of $18,963.00 to such allowed and approved compensation and expenses; and it is

further

ORDERED, that the Trustee is hereby authorized to pay the fees and expenses allowed and approved herein as an administrative expense of the estate.

Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Wendell W. Webster
WEBSTER & FREDRICKSON, PLLC
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

Sara Kathryn Mayson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

10071384.1 042785.00001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | )     Case No. 22-00101-ELG |
| 819D LLC, | ) |
| | )     (Converted to Chapter 7) |
| Debtor. | ) |
| | ) |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTIONS TO THE
FIRST AND FINAL APPLICATION OF HIRSCHLER FLEISCHER, AS BANKRUPTCY
COUNSEL TO THE FORMER CHAPTER 11 DEBTOR IN POSSESSION, FOR FINAL
ALLOWANCE AND AUTHORIZATION OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES</u>**

Hirschler Fleischer ("**HF**"), former chapter 11 bankruptcy counsel to 819D LLC, the former chapter 11 debtor in possession (the "**Debtor**"), filed its First and Final Application of Hirschler Fleischer, as Counsel to the Debtor, for Allowance and Authorization of Payment of Compensation and Reimbursement of Expenses (the "**Application**"), requesting entry of an order pursuant to sections 328 and 330 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure (i) allowing and approving, on a final basis, compensation for legal services to HF in amount of $156,429.50 and reimbursement of expenses to HF in the amount of $1,501.58 for the period from June 19, 2022 through October 12, 2022; (ii) authorizing HF to apply the pre-petition retainer in the amount of $18,963.00 to its allowed fees and expenses; and (iii) authorizing the chapter 7 trustee to pay HF's allowed fees and expenses as an allowed chapter 11 administrative expense of this proceeding pursuant to section 330 of the Bankruptcy Code.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then:

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschlerlaw.com

*Former Chapter 11 Counsel to the Debtor*

**On or before July 24, 2023**, you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Stephen E. Leach
Kristen E. Burgers
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

And

Wendell W. Webster
WEBSTER & FREDRICKSON, PLLC
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief. The Court may grant the Application without a hearing if the objection filed states inadequate grounds for denial of the relief sought in the Application.
.

Parties in interest with questions may contact the undersigned.

Dated: July 5, 2023

Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschlerlaw.com

*Former Chapter 11 Counsel to the Debtor*