**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | Case No. 22-00101-ELG |
| **819D, LLC,**  Debtor. | Chapter 7 |
| **Karl Garcia,**  Plaintiff,  v.  **The Rubin Group, et al.**  Defendants. | Adv. Pro. 22-10009-ELG |
| **Karl Garcia,**  Plaintiff,  v.  **819D, et al.**  Defendants. | Adv. Pro. 22-10010-ELG |
| **Sanctuary Condominium Unit Owners Association,**  Plaintiff,  v.  **819D, LLC, et al.**  Defendants. | Adv. Pro. 22-10012-ELG |
| **Andrew Rubin,**  v.  **Bryan Ross, Chapter 7 Trustee**  Defendant. | Adv. Pro. 23-10009-ELG |

1

2

## NOTICE OF CONTINUED HEARINGS

NOTICE IS HEREBY GIVEN that at the request of the Court, the hearings scheduled for 2/12/2024 are rescheduled to:

2/13/2024 at 9:00 AM

in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

        For the Court:
        Angela D. Caesar
        BY: AM
        Dated: 2/8/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.