# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |
| KARL GARCIA | ) | |
| *Plaintiff*, | ) | |
| | ) | Adv. Proc. No. 22-10009-ELG |
| v. | ) | |
| | ) | Case Removed from the |
| THE RUBIN GROUP LLC, *et al.* | ) | Circuit Court of Fairfax County, |
| *Defendants.* | ) | Case No. CL-2020-17040 |
| | ) | |
| KARL GARCIA, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 22-10010-ELG |
| | ) | |
| 819D LLC, *et al.*, | ) | Removed from the Superior Court |
| *Defendants.* | ) | for the District of Columbia |
| | ) | Case No. 2020 CA 002540 B |

## MOTION TO WITHDRAW AS COUNSEL
## AND NOTICE OF OPPORTUNITY TO OBJECT
**(Bethune Benes, PLLC)**

Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

Bethany R. Benes
DC Bar No. 1686123
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

COMES NOW, Bethany Benes of Bethune Benes, PLLC and hereby requests permission to withdraw as counsel for Karl Garcia (hereinafter referred to as "**Mr. Garcia**"), and in support thereof, states as follows:

1. Mr. Garcia has been represented by Bethune Benes, PLLC and Ms. Benes (together, (the "**Firm**") since 2018.

2. Differences have arisen between the Firm and Mr. Garcia that prevent the Firm from continuing its representation of Mr. Garcia.

3. Mr. Garcia will continue to be represented by Marc Albert and Tracey Ohm of the law firm of Stinson LLP as bankruptcy counsel.

4. Mr. Garcia consents to the relief requested herein.

5. By the filing of this Motion, all interested parties have been notified of the relief requested herein.

6. The following parties, by counsel, have consented to the relief requested:

- Justin Fasano, Counsel for Trustee Wendell Webster
- Alexander Laughlin, Counsel for the Auger Parties
- Maurice VerStandig, Counsel for the Rubin Parties
- Chris Rogan, Counsel for the Tygier Parties
- Charles B. Peoples, Insurance Counsel for 819D LLC
- Brad Barna, Counsel for the Sanctuary Association
- Robert Gittens, Insurance Counsel for the Sanctuary Association
- John Keith, Counsel for Jeffrey Houle
- Ellen Davis, Counsel for Long & Foster
- David Rubino, Insurance Counsel for Potomac Construction Group

**NOTICE OF OPPORTUNITY TO OBJECT**
**TO MOTION TO WITHDRAW AS COUNSEL**
**(Bethune Benes PLLC)**

Bethany Benes of Bethune Benes, PLLC has filed a motion seeking to withdraw as counsel to Karl Garcia in the above-captioned proceedings.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to approve the motion, or if you want the Court to consider your views on the matter, then:

on or before **March 4, 2024**, you or your attorney must file with the Court a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Marc E. Albert, Esq.
Tracey M. Ohm, Esq.
Stinson LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

and

Bethany R. Benes, Esq.
Bethune Benes, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order approving the motion. The Court may approve the motion without a hearing if the objection filed states inadequate grounds for denial of the motion. Parties in interest with questions may contact the undersigned.

WHEREFORE, Bethany Benes and Bethune Benes, PLLC, hereby request this Court grant this Motion, enter an Order withdrawing Bethany Benes and the firm of Bethune Benes, PLLC as counsel for Karl Garcia, and for any further relief this Court deems just and proper.

Dated: February 26, 2023

Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

/s/ Bethany R. Benes
(signed with permission via email)
Bethany R. Benes (No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

### CERTIFICATE OF SERVICE

I certify that on this 26th day of February 2024, I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all counsel who have entered an appearance in this case, and by U.S. mail, postage prepaid, on the following:

Karl Garcia
275 Giralda Ave., Unit 5C
Coral Gables, FL 33134-5080

/s/ Tracey M. Ohm
Tracey M. Ohm