The order below is hereby signed.

Signed: March 6 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | Chapter 7 |
| 819D LLC, | Case No. 22-00101-ELG |
| Debtor. | |
| KARL GARCIA<br>*Plaintiff*, | |
| | Adv. Proc. No. 22-10009-ELG |
| v. | |
| | Case Removed from the |
| THE RUBIN GROUP LLC, *et al.* | Circuit Court of Fairfax County, |
| *Defendants*. | Case No. CL-2020-17040 |
| KARL GARCIA,<br>*Plaintiff*, | |
| v. | Adv. Proc. No. 22-10010-ELG |
| 819D LLC, *et al.*, | Removed from the Superior Court |
| *Defendants*. | for the District of Columbia |
| | Case No. 2020 CA 002540 B |

### **ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL**
**(Bethune Benes, PLLC)**

CORE/3525930.0002/187727296.1

This matter came before the court on the *Amended Motion to Withdraw as Counsel (Bethune Benes, PLLC)* (the "Motion"). In the Motion, Bethany Benes of Bethune Benes, PLLC requests permission to withdraw as counsel for Karl Garcia in the above-captioned proceedings. Mr. Garcia will continue to be represented by Marc Albert and Tracey Ohm of Stinson LLP as bankruptcy counsel. Mr. Garcia consents to the Motion, and prior to filing the Motion Ms. Benes obtained the consent of the majority of counsel to the principal parties in interest in the proceedings. Counsel for the Tygier Parties indicated that his clients neither consent to nor oppose the relief sought in the Motion. This Court having considered the Motion finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the representation of Bethany Benes and the law firm of Bethune Benes, PLLC as counsel for Karl Garcia in the above-captioned proceedings is hereby withdrawn.

### END OF ORDER

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

*Counsel for Karl Garcia*

2

and


/s/ Bethany R. Benes
(signed with permission via email)
Bethany R. Benes, No. 1686123
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033

Copies of this Order to:

Recipients of ECF Notice

and

Karl Garcia
275 Giralda Ave., Unit 5C
Coral Gables, FL 33134-5080