The order below is hereby signed.

Signed: March 6 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | Chapter 7 |
| 819D LLC, | Case No. 22-00101-ELG |
| Debtor. | |
| KARL GARCIA | |
| *Plaintiff*, | |
| v. | Adv. Proc. No. 22-10009-ELG |
| THE RUBIN GROUP LLC, *et al.* | Case Removed from the Circuit Court of Fairfax County, Case No. CL-2020-17040 |
| *Defendants.* | |
| KARL GARCIA, | |
| *Plaintiff*, | |
| v. | Adv. Proc. No. 22-10010-ELG |
| 819D LLC, *et al.*, | Removed from the Superior Court for the District of Columbia Case No. 2020 CA 002540 B |
| *Defendants.* | |

**ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL**
**(Bethune Benes, PLLC)**

CORE/3525930.0002/187727296.1

This matter came before the court on the *Amended Motion to Withdraw as Counsel (Bethune Benes, PLLC)* (the "Motion"). In the Motion, Bethany Benes of Bethune Benes, PLLC requests permission to withdraw as counsel for Karl Garcia in the above-captioned proceedings. Mr. Garcia will continue to be represented by Marc Albert and Tracey Ohm of Stinson LLP as bankruptcy counsel. Mr. Garcia consents to the Motion, and prior to filing the Motion Ms. Benes obtained the consent of the majority of counsel to the principal parties in interest in the proceedings. Counsel for the Tygier Parties indicated that his clients neither consent to nor oppose the relief sought in the Motion. This Court having considered the Motion finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the representation of Bethany Benes and the law firm of Bethune Benes, PLLC as counsel for Karl Garcia in the above-captioned proceedings is hereby withdrawn.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

*Counsel for Karl Garcia*

and

/s/ Bethany R. Benes
(signed with permission via email)
Bethany R. Benes, No. 1686123
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033

Copies of this Order to:

Recipients of ECF Notice

and

Karl Garcia
275 Giralda Ave., Unit 5C
Coral Gables, FL 33134-5080

3

United States Bankruptcy Court

District of Columbia

Garcia,
    Plaintiff

Rubin Group LLC,
    Defendant

Adv. Proc. No. 22-10009-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 3
Date Rcvd: Mar 06, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

**Recip ID      Recipient Name and Address**
\+      Bethany R. Benes, 3975 Fair Ridge Drive, South Suite 246, Fairfax, VA 22033-2911

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason      Name and Address**
pla                                           Karl Garcia

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Christopher Rogan | on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com |

Case 22-10009-ELG    Doc 82    Filed 03/08/24    Entered 03/09/24 00:06:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Christopher Rogan | on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher A. Glaser | on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |
| Christopher A. Glaser | on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com |
| Douglas E. McKinley | on behalf of Defendant Thomas D. Madison doug1803@verizon.net |
| John A. C. Keith | on behalf of Defendant Jeffrey Houle jkeith@bklawva.com |
| Justin Philip Fasano | on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Laurin Howard Mills | on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 06, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Maurice Belmont VerStandig
    on behalf of Defendant 819 Capital LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

    on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen E. Leach
    on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com

Tracey Michelle Ohm
    on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com

Wendell W. Webster
    wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 34