The order below is hereby signed.

Signed: March 15 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| KARL GARCIA | ) | |
|     *Plaintiff*, | ) | |
| | ) | Adv. Proc. No. 22-10009-ELG |
| v. | ) | |
| | ) | Case Removed from the |
| THE RUBIN GROUP LLC, *et al.* | ) | Circuit Court of Fairfax County, |
|     *Defendants*. | ) | Case No. CL-2020-17040 |
| | ) | |

### STIPULATION AND CONSENT ORDER DISMISSING
### WITH PREJUDICE AND CLOSING ADVERSARY PROCEEDING

This Stipulation and Consent Order is made and entered into by and between Plaintiff Karl Garcia ("Plaintiff") and Defendants The Rubin Group LLC, Wendell W. Webster as Chapter 7 Trustee for the estate of 819D LLC, 819 Capital LLC, K Street Holdings LLC, TR Holdings LLC,

Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3020
marc.albert@stinson.com
tracey.ohm@stinson.com
*Attorneys for Karl Garcia*

2233-40th Partners LLC, South Glebe LLC, Woodmore Partners LLC, TRG Development LLC, 638 Newton Partners LLC, Andrew Rubin, Michelle A. Tygier, Robert Rubin, Canal View Holdings LLC, Gregory Auger, II, Gregory Auger, III, Thomas D. Madison, and Jeffrey Houle (collectively the "Responding Defendants").

Plaintiff and Responding Defendants hereby represent as follows and agree to the relief granted herein:

**WHEREAS**, Plaintiff and Responding Defendants have resolved the claims and counterclaims at issue in the above-captioned adversary proceeding (the "Adversary Proceeding"); and

**WHEREAS**, the terms of that resolution are set forth in the Motion to Approve Compromise filed by Chapter 7 Trustee Wendell W. Webster in the main bankruptcy proceeding [Dkt. No. 194, Case No. 22-00101] (the "Settlement Motion"); and

**WHEREAS**, the Settlement Motion has been approved by the United States Bankruptcy Court for the District of Columbia in the Order Granting Motion to Approve Compromise [Dkt. No. 226] (the "Settlement Order"); and

**WHEREAS**, Plaintiff and Responding Defendants are obligated under the Settlement Order to dismiss the Adversary Proceeding; and

**THEREFORE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff and Responding Defendants hereby stipulate and agree that the above-captioned adversary proceeding shall be, and hereby is, dismissed with prejudice in its entirety. Each party shall bear its own costs and expenses, including, without limitation, attorneys' fees.

CORE/3525930.0002/187849848.1

**NOW, THEREFORE**, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-captioned adversary proceeding shall be closed.

### END OF ORDER

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
Stinson LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3020
Email: marc.albert@stinson.com
Email: tracey.ohm@stinson.com
*Counsel for Karl Garcia*


**WE ASK FOR THIS:**

/s/ Christopher L. Rogan
Christopher L. Rogan, No. 431849
(*signature provided by email*)
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
Tel: (703) 777-8850
Email: crogan@RMZLawFirm.com
*Counsel for The Rubin Group LLC, K Street Holdings LLC, TR Holdings LLC,*
*2233-40th Partners LLC, South Glebe LLC, 638 Newton Partners LLC,*
*Michelle A. Tygier, and Robert Rubin*

**WE ASK FOR THIS:**

/s/ Justin P. Fasano
Justin P. Fasano, No. MD21201
(*signed with permission via email*)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 22070
Tel: (301) 441-2420
Email: jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee for 819D LLC*

**WE ASK FOR THIS:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, No. MD18071
(*signed with permission via email*)
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Tel: (202) 991-1101
Email: mac@dcbankruptcy.com
*Counsel for 819 Capital LLC, Woodmore Partners LLC,*
*TRG Development LLC, Andrew Rubin,*
*and Canal View Holdings LLC*

**WE ASK FOR THIS:**

/s/ Alexander M. Laughlin
Alexander M. Laughlin, No. 484489
(*signed with permission via email*)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Tel: (703) 218-2134
E-Mail: alex.laughlin@ofplaw.com
*Counsel for Gregory Auger, II and Gregory Auger, III*

**WE ASK FOR THIS:**

/s/ Douglas E. McKinley
Douglas E. McKinley
(*signature provided via email*)
PO Box 7395
Alexandria, VA 22307
Tel: (703) 249-2873
Email: doug1803@verizon.net
*Counsel for Thomas D. Madison*

4

CORE/3525930.0002/187849848.1

**WE ASK FOR THIS:**

/s/ John A. C. Keith
John A. C. Keith, No. 222869
(*signature provided via email*)
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA 22030
Tel: (703) 293-7225
Email: jkeith@bklawva.com
*Counsel for Jeffrey Houle*

Copies of this Order to:

Recipients of ECF Notice

and

Christos Economakis
5058 Joewood Drive
Sanibel, FL 33957

Liliana Economakis
5058 Joewood Drive
Sanibel, FL 33957