The order below is hereby signed.

Signed: March 15 2024

*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*



## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KARL GARCIA | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| | ) | Adv. Proc. No. 22-10009-ELG |
| v. | ) | |
| | ) | Case Removed from the |
| THE RUBIN GROUP LLC, *et al.* | ) | Circuit Court of Fairfax County, |
|     *Defendants*. | ) | Case No. CL-2020-17040 |
| | ) | |
| _____ | ) | |

### STIPULATION AND CONSENT ORDER DISMISSING
### WITH PREJUDICE AND CLOSING ADVERSARY PROCEEDING

This Stipulation and Consent Order is made and entered into by and between Plaintiff Karl

Garcia ("Plaintiff") and Defendants The Rubin Group LLC, Wendell W. Webster as Chapter 7

Trustee for the estate of 819D LLC, 819 Capital LLC, K Street Holdings LLC, TR Holdings LLC,

Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3020
marc.albert@stinson.com
tracey.ohm@stinson.com
*Attorneys for Karl Garcia*

2233-40th Partners LLC, South Glebe LLC, Woodmore Partners LLC, TRG Development LLC, 638 Newton Partners LLC, Andrew Rubin, Michelle A. Tygier, Robert Rubin, Canal View Holdings LLC, Gregory Auger, II, Gregory Auger, III, Thomas D. Madison, and Jeffrey Houle (collectively the "Responding Defendants").

Plaintiff and Responding Defendants hereby represent as follows and agree to the relief granted herein:

**WHEREAS**, Plaintiff and Responding Defendants have resolved the claims and counterclaims at issue in the above-captioned adversary proceeding (the "Adversary Proceeding"); and

**WHEREAS**, the terms of that resolution are set forth in the Motion to Approve Compromise filed by Chapter 7 Trustee Wendell W. Webster in the main bankruptcy proceeding [Dkt. No. 194, Case No. 22-00101] (the "Settlement Motion"); and

**WHEREAS**, the Settlement Motion has been approved by the United States Bankruptcy Court for the District of Columbia in the Order Granting Motion to Approve Compromise [Dkt. No. 226] (the "Settlement Order"); and

**WHEREAS**, Plaintiff and Responding Defendants are obligated under the Settlement Order to dismiss the Adversary Proceeding; and

**THEREFORE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff and Responding Defendants hereby stipulate and agree that the above-captioned adversary proceeding shall be, and hereby is, dismissed with prejudice in its entirety. Each party shall bear its own costs and expenses, including, without limitation, attorneys' fees.

**NOW, THEREFORE**, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-captioned adversary proceeding shall be closed.

### END OF ORDER

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
Stinson LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3020
Email: marc.albert@stinson.com
Email: tracey.ohm@stinson.com
*Counsel for Karl Garcia*

**WE ASK FOR THIS:**

/s/ Christopher L. Rogan
Christopher L. Rogan, No. 431849
(*signature provided by email*)
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
Tel: (703) 777-8850
Email: crogan@RMZLawFirm.com
*Counsel for The Rubin Group LLC, K Street Holdings LLC, TR Holdings LLC, 2233-40th Partners LLC, South Glebe LLC, 638 Newton Partners LLC, Michelle A. Tygier, and Robert Rubin*

**WE ASK FOR THIS:**

/s/ Justin P. Fasano
Justin P. Fasano, No. MD21201
(*signed with permission via email*)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 22070
Tel: (301) 441-2420
Email: jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee for 819D LLC*

**WE ASK FOR THIS:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, No. MD18071
(*signed with permission via email*)
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Tel: (202) 991-1101
Email: mac@dcbankruptcy.com
*Counsel for 819 Capital LLC, Woodmore Partners LLC,
TRG Development LLC, Andrew Rubin,
and Canal View Holdings LLC*

**WE ASK FOR THIS:**

/s/ Alexander M. Laughlin
Alexander M. Laughlin, No. 484489
(*signed with permission via email*)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Tel: (703) 218-2134
E-Mail: alex.laughlin@ofplaw.com
*Counsel for Gregory Auger, II and Gregory Auger, III*

**WE ASK FOR THIS:**

/s/ Douglas E. McKinley
Douglas E. McKinley
(*signature provided via email*)
PO Box 7395
Alexandria, VA 22307
Tel: (703) 249-2873
Email: doug1803@verizon.net
*Counsel for Thomas D. Madison*

**WE ASK FOR THIS:**

/s/ John A. C. Keith
John A. C. Keith, No. 222869
(*signature provided via email*)
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA 22030
Tel: (703) 293-7225
Email: jkeith@bklawva.com
*Counsel for Jeffrey Houle*

Copies of this Order to:

Recipients of ECF Notice

and

Christos Economakis
5058 Joewood Drive
Sanibel, FL 33957

Liliana Economakis
5058 Joewood Drive
Sanibel, FL 33957

United States Bankruptcy Court

District of Columbia

Garcia,
    Plaintiff

Rubin Group LLC,
    Defendant

Adv. Proc. No. 22-10009-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 4
Date Rcvd: Mar 15, 2024      Form ID: pdf001      Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Mark David Crawford, Law Offices of Mark D. Crawford, PLLC, 1005 North Glebe Road, Suite 210, Arlington, VA 22201-5792 |
| aty | + | William B. Porter, BLANKINGSHIP & KEITH P.C, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| dft | + | 819D LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| dft | + | Christos Economakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| dft | + | Liliana Economakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 15 2024 22:18:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 15 2024 22:13:44 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2024 22:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Mar 15 2024 22:13:47 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Mar 15 2024 22:18:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 15 2024 22:18:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 15 2024 22:18:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 15 2024 22:18:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 8

# BYPASSED RECIPIENTS

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 14 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | 2233-40th Partners LLC |
| dft | | 638 Newton Partners LLC |
| dft | | 819 Capital LLC |
| dft | | Andrew Rubin |
| dft | | Bryan S. Ross, Chapter 7 Trustee |
| dft | | Canal View Holdings LLC |
| dft | | Gregory Auger, II |
| dft | | Gregory Auger, III |
| dft | | Jeffrey Houle |
| dft | | K Street Holdings LLC |
| pla | | Karl Garcia |
| dft | | Michelle A. Tygier |
| dft | | Robert Rubin |
| dft | | Rubin Group LLC |
| dft | | South Glebe LLC |
| dft | | TR Holdings LLC |
| dft | | TRG Development LLC |
| dft | | Thomas D. Madison |
| dft | | Woodmore Partners LLC |

TOTAL: 19 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Christopher Rogan | on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |

Case 22-10009-ELG    Doc 85    Filed 03/17/24    Entered 03/18/24 00:03:37    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0090-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 14 |

| | |
|---|---|
| | on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher A. Glaser | on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |
| Christopher A. Glaser | on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com |
| Douglas E. McKinley | on behalf of Defendant Thomas D. Madison doug1803@verizon.net |
| John A. C. Keith | on behalf of Defendant Jeffrey Houle jkeith@bklawva.com |
| Justin Philip Fasano | on behalf of Defendant Bryan S. Ross Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Laurin Howard Mills | on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |

District/off: 0090-1 | User: admin | Page 4 of 4
Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 14

Tracey Michelle Ohm
                              on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com

Wendell W. Webster
                              wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 34